# EXHIBIT "B"

Mark D. Cottingham v. Pioneer Haulers LLC, et al
Complaint

### IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MARK D. COTTINGHAM,         )
                            )
    Plaintiff,              )
                            )
v.                          )   CIVIL ACTION NO: CV03-375
                            )
PIONEER HAULERS, et al,     )
                            )
    Defendants.             )



### ORDER

The foregoing petition by the Plaintiff having been considered by the Court, and the Court being of the opinion that Plaintiff is entitled to the services of an attorney for the prosecution of this claim as set out in the Plaintiff's Complaint and petition, it is,

ORDERED, ADJUDGED, AND DECREED, by the Court that the employment of Cecil G. Duffee, III and James E. Mitchell, Jr. by the Plaintiff as his attorneys to represent him and the same is hereby authorized and confirmed.

ENTERED this the _7th_ day of _January_, 200_4_.

_____
Circuit Court Judge

8