# EXHIBIT "C"

IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

| | |
|---|---|
| MARK D. COTTINGHAM, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: CV-03-375B |
| ) | |
| PIONEER HAULERS L.L.C.; ) | |
| ROBERT PIERCE, et al. ) | |
| ) | |
| Defendants. ) | |

## ANSWER

COMES the Defendant, Pioneer Haulers, L.L.C., in answer to Plaintiff's Complaint, and to each and every count and paragraph thereof, separately and severally, by setting forth the following separate and several defenses:

### FIRST DEFENSE

Defendant denies each and every material averment of Plaintiff's Complaint, and demands strict proof thereof.

### SECOND DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted, and same is due to be dismissed.

### THIRD DEFENSE

Venue is improper as to this Defendant, and accordingly, Defendant pleads improper venue.

### FOURTH DEFENSE

Defendant says that it is immune from liability to the Plaintiff pursuant to the statutory

1

immunity afforded to Defendant under Alabama's Worker's Compensation Act.

## FIFTH DEFENSE

Defendant denies that Plaintiff is entitled to recover from this Defendant pursuant to Alabama's Worker's Compensation Act. Further, Defendant denies that Alabama's Worker's Compensation Act was applicable to the Defendant and/or the Plaintiff on the date of the subject incident.

## SIXTH DEFENSE

Defendant denies that Plaintiff is entitled to recover a fifteen percent penalty pursuant to Alabama's Worker's Compensation Act.

## SEVENTH DEFENSE

Defendant denies that Plaintiff is entitled to double damages pursuant to Alabama's Worker's Compensation Act.

## EIGHTH DEFENSE

Defendant denies that Plaintiff was injured and/or damaged to the nature and extent claimed, and contests damages.

## NINTH DEFENSE

Defendant denies that Plaintiff has suffered any permanent impairment as the result of the alleged incident.

## TENTH DEFENSE

Defendant denies that it has failed to provide medical treatment and/or benefits which it is under a duty to provide to Plaintiff.

2

## ELEVENTH DEFENSE

Defendant denies that any benefits and/or compensation allegedly owed to the Plaintiff, by this Defendant, are past due.

## TWELFTH DEFENSE

Defendant denies that Plaintiff is entitled to an award of compensation or benefits under Alabama's Worker's Compensation Act.

## THIRTEENTH DEFENSE

Defendant denies that it was subject to Alabama's Worker's Compensation Act on the date of the occurrence made the basis of Plaintiff's Complaint.

## FOURTEENTH DEFENSE

Defendant says that the only claim stated in Plaintiff's Complaint against this Defendant is contained in Count I, which is a count for worker's compensation benefits. The remaining counts in Plaintiff's Complaint are against other parties, and are not claims for worker's compensation benefits. Accordingly, Defendant says that Count I is due to be severed from the remaining counts in Plaintiff's Complaint.

Jack J. Hall, Attorney for Defendant,
Pioneer Haulers, L.L.C.

**OF COUNSEL**
HALL, CONERLY & BOLVIG, P.C.
505 N. 20th Street
Suite 1400
Birmingham, AL 35203
(205) 251-8143
fax: (205) 326-3202

3

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of April, 2004, served a true and correct copy of the above and foregoing pleading on all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed to the following:

Cecil G. Duffee
James E. Mitchell, Jr.
THE DUFFEE FIRM, LLC
2015 Second Avenue North, Suite 400
Birmingham, AL 35203

Of Counsel

4