# EXHIBIT "I"

IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MARK D. COTTINGHAM, )
)
    Plaintiff, )
)
vs. ) Case No. CV 03-375F
)
PIONEER HAULERS, L.L.C, )
ROBERT PIERCE, et al, )
)
    Defendants, )

## THIRD AMENDMENT TO COMPLAINT

COMES NOW the Plaintiff, by and through his attorneys of record, and amends the Original Complaint, the Amendment to Complaint and the Second Amendment to Complaint in this action by substituting Shelby Remix, Inc. for the following fictitiously named defendants in the original complaint and the amendment to complaint as follows:

Plaintiff amends the Complaint to substitute Shelby Redi-Mix, Inc., an Alabama Corporation, which at all times relevant was doing business within the jurisdiction of this Court for the Defendants fictitiously named in the Original Complaint and the Amendment to Complaint as Defendants 2, 8, 14, 20 and 25.

The Complaint in this action is not amended or modified in any other respect.

THE DUFFEE FIRM L.L.C.

_[signature]_

Cecil G. Duffee III (DUF001)
James E. Mitchell, Jr. (MIT048)
Attorneys for Plaintiff
2015 Second Avenue North, Suite 400
Birmingham, Alabama 35203
(205) 251-0025

**SERVE DEFENDANTS**
Shelby Redi-Mix, Inc.
2287 Co. Rd. 16
Clanton, Alabama 35045

**Serve by Certified Mail**

Cottingham v. Pioneer Hall LLC et al.
3rd Amendment to Complaint

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2005, I have served a copy of the above and foregoing on counsel for all parties by hand delivery or by placing said copy in the United States Mail, properly addressed and first class postage prepaid to the following:

_____
OF COUNSEL

Jack J. Hall, Esquire
P. Ted Colquett, Esquire
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2626

Pioneer Unlimited Inc.
2287 Co. Rd. 16
Clanton, Alabama 35045

2