EXHIBIT "J"

# BASIC AUTOMOBILE LIABILITY POLICY

STOCK COMPANY



*Canal Insurance Company*

P.O. Box 7 - Greenville, South Carolina - 29602-0007

## CANAL INSURANCE COMPANY
### GREENVILLE, SOUTH CAROLINA
(A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the **named insured** as follows:

## SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

### I.  COVERAGE A - BODILY INJURY LIABILITY -- COVERAGE B - PROPERTY DAMAGE LIABILITY:

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of

### bodily injury or property damage

to which this insurance applies, caused by an **occurrence** and arising out of the ownership, maintenance or use, including loading and unloading, for the purposes stated as applicable thereto in the declarations, of an **owned automobile** or of a **temporary substitute automobile**, and the company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions:** This insurance does not apply:

(a) to liability assumed by the **insured** under any contract or agreement;

(b) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(c) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured** or to any obligation of the **insured** to indemnify another because of damages arising out of such injury; but this exclusion does not apply to any such injury arising out of and in the course of domestic employment by the **insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) to **property damage** to
  (1) property owned or being transported by the **insured**, or
  (2) property rented to or in the care, custody or control of the **insured**, or as to which the **insured** is for any purpose exercising physical control, other than **property damage** to a residence or private garage by a **private passenger automobile** covered by this insurance;

(e) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to expenses for first aid under the Supplementary Payments provision;

(f) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **owned automobile** or **temporary substitute automobile** while such **automobile** is being used as a public or livery conveyance, unless such use is specifically declared and described in the declarations;

(g) to **bodily injury** or **property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

### II.  SUPPLEMENTARY PAYMENTS: The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the **insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or to furnish any such bonds;

(c) expenses incurred by the **insured** for first aid to others at the time of an accident, for **bodily injury** to which this policy applies;

(d) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

**III. PERSONS INSURED:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) the **named insured**;

(b) any partner or executive officer thereof, but with respect to a **temporary substitute automobile** only while such **automobile** is being used in the business of the **named insured**;

(c) any other person while using an **owned automobile** or a **temporary substitute automobile** with the permission of the **named insured**, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** only if he is:

(1) a lessee or borrower of the **automobile**, or

(2) an employee of the **named insured** or of such lessee or borrower;

(d) any other person or organization but only with respect to his or its liability because of acts or omissions of an **insured** under (a), (b) or (c) above.

None of the following is an **insured**:

(i) any person while engaged in the business of his employer with respect to **bodily injury** to any fellow employee of such person injured in the course of his employment;

(ii) except as stated under (b) above, the owner of a **temporary substitute automobile**, or any agent or employee of such owner;

(iii) any person or organization, other than the **named insured**, with respect to:

(1) a motor vehicle while used with any **trailer** owned or hired by such person or organization and not covered by like insurance in the company (except a **trailer** designed for use with a four wheel **private passenger automobile** and not being used for business purposes with another type motor vehicle), or

(2) a **trailer** while used with any motor vehicle owned or hired by such person or organization and not covered by like insurance in the company;

(iv) any person while employed in or otherwise engaged in duties in connection with an **automobile business**, other than an **automobile business** operated by the **named insured**.

**IV. LIMITS OF LIABILITY:** Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Coverage A -** The limit of **bodily injury** liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of **bodily injury** sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**".

**Coverage B -** The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**".

**Coverages A and B -** For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.

**V. POLICY TERRITORY:** This insurance applies only to **bodily injury** or **property damage** which occurs within the **policy territory**.

**VI. DEFINITIONS:** When used in this policy (including endorsements forming a part hereof):

"**automobile**" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment**;

"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"**insured**" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto,) whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the **named insured**, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

**"named insured"** means the person or organization named in Item 1 of the declarations of this policy;

**"occurrence"** means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;

**"policy territory"** means:
(1) the United States of America, its territories or possessions, or Canada, or
(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation;

**"property damage"** means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period.

## VII. ADDITIONAL DEFINITIONS (Automobile Liability Insurance): When used in reference to this insurance (including endorsements forming a part of the policy):

**"automobile business"** means the business or occupation of selling, repairing, servicing, storing or parking **automobiles**;

**"owned automobile"** means either
(a) an **automobile** which is owned by the **named insured** and described in the declarations; or
(b) an **automobile** ownership of which is newly acquired by the **named insured** during the policy period, provided
  (i) it replaces an **owned automobile** as defined in (a) above, or
  (ii) the company insures all **automobiles** owned by the **named insured** on the date of such acquisition and the **named insured** notifies the company within 30 days thereafter of his election to make this and no other policy issued by the company applicable to such **automobile** and pays any additional premium required therefor;
and **"owned automobile"** includes a **trailer** not described in this policy, if designed for use with a four wheel **private passenger automobile** and if not being used for business purposes with another type **automobile**;

**"private passenger automobile"** means a private passenger or station wagon type **automobile** and any **automobile** the **purpose of use** of which is stated in the declarations as **pleasure and business**;

**"temporary substitute automobile"** means an **automobile** not owned by the **named insured** or any resident of the same household, while temporarily used with the permission of the owner as a substitute for an **owned automobile** when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction;

**"trailer"** includes semi-trailer but does not include **mobile equipment**;

and as to **"purpose(s) of use"**:

**"commercial"** means use principally in the business occupation of the **named insured** as stated in the declarations including occasional use for personal, pleasure, family and other business purposes;

**"pleasure and business"** means personal, pleasure, family and business use.

## VIII. ADDITIONAL CONDITIONS:

**A. Other Insurance-Temporary Substitute and Newly Acquired Automobiles:** With respect to a **temporary substitute automobile**, this insurance shall be excess insurance over any other valid and collectible insurance available to the **insured**.
With respect to an **owned automobile** ownership of which is newly acquired by the **named insured** during the policy period and not described in the declarations, this insurance shall not apply if any other valid and collectible insurance is available to the **named insured**.

**B. Out of State Insurance:** If, under the provisions of the motor vehicle financial responsibility law or the motor vehicle compulsory insurance law or any similar law of any state or province, a non-resident is required to maintain insurance with respect to the operation or use of a motor vehicle in such state or province and such insurance requirements are greater than the insurance provided by the policy, the limits of the company's liability and kinds of coverage afforded by the policy shall be as set forth in such law, in lieu of the insurance otherwise provided by the policy, but only to the extent required by such law and only with respect to the operation or use of a motor vehicle in such state or province; provided that the insurance under this provision shall be reduced to the extent that there is other valid and collectible insurance under this or any other motor vehicle insurance policy. In no event shall any person be entitled to receive duplicate payments for the same elements of loss.

## SECTION B - AUTOMOBILE MEDICAL PAYMENT INSURANCE

**I. COVERAGE C - AUTOMOBILE MEDICAL PAY-MENTS:** The company will pay all reasonable **medical expense** incurred within one year from the date of the accident:

**Division 1.** to or for each person who sustains **bodily injury**, caused by accident, while **occupying a designated automobile** which is being used by a person for whom **bodily injury** liability insurance is afforded under this policy with respect to such use;

**Division 2.** to or for each **insured** who sustains **bodily injury**, caused by accident, while **occupying** or, while a pedestrian, through being struck by a **highway vehicle**.

**Exclusions:** This insurance does not apply:

(a) to **bodily injury** to any person or **insured** while employed or otherwise engaged in duties in connection with an **automobile business**, if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(b) to **bodily injury** due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(c) under Division 1, to **bodily injury** to any employee of the **named insured** arising out of and in the course of employment by the **named insured**, but this exclusion does not apply to any such **bodily injury** arising out of and in the course of domestic employment by the **named insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) under Division 2, to **bodily injury** sustained while **occupying** a **highway vehicle** owned by any **insured**, or furnished for the regular use of any **insured** by any person or organization other than the **named insured**.

**II. PERSONS INSURED - DIVISION 2:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) any person designated as **insured** in the schedule;

(b) while residents of the same household as such designated person, his spouse and the relatives of either;

and if such designated person shall die, any person who was an **insured** at the time of such death shall continue to be an **insured**.

**III. LIMIT OF LIABILITY:** Regardless of the number of (1) persons or organizations who are **insureds** under this policy, (2) persons who sustain **bodily injury**, (3) claims made or suits brought on account of **bodily injury**, or (4) **designated automobiles** to which this policy applies, the limit of liability for medical payments stated in the declarations as applicable to "each person" is the limit of the company's liability for all expenses incurred by or on behalf of each person who sustains **bodily injury** as the result of any one accident.

When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

**IV. ADDITIONAL DEFINITIONS:** The additional definitions applicable to **automobile bodily injury** liability insurance also apply to this insurance; and when used in reference to this insurance (including endorsements forming a part of the policy):

**"designated automobile"** means an **automobile** designated in the schedule and includes:

(a) an **automobile** not owned by the **named insured** while temporarily used as a substitute for an **owned automobile** designated in the schedule when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction; and

(b) a trailer designed for use with a **private passenger automobile**, if not being used for business purposes with another type **automobile** and if not a home, office, store, display or passenger trailer;

**"highway vehicle"** means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designated for use principally off public roads, while not upon public roads;

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle while located for use as a residence or premises;

**"medical expense"** means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

**"occupying"** means in or upon or entering into or alighting from.

**V. POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period within the policy territory.

**VI. ADDITIONAL CONDITIONS:**

**A. Medical Reports; Proof and Payment of Claim:** As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder

shall not constitute an admission of liability of any person or, except hereunder, of the company.

**B. Excess Insurance**:  Except with respect to an **owned automobile**, the insurance under Division 1 shall be excess insurance over any other valid and collectible automobile medical payments or automobile **medical expense** insurance.

The insurance under Division 2 shall be excess insurance over any other valid and collectible automobile medical payments or automobile **medical expense** insurance available to the **insured** under any other policy.

**C. Non-Applicability of Subrogation Condition:** The Subrogation Condition does not apply to the Automobile Medical Payments Coverage.

## SECTION C - UNINSURED MOTORISTS INSURANCE

**I.  COVERAGE D - UNINSURED MOTORIST (Damages for Bodily Injury):** The company will pay all sums which the **insured** or his legal representative shall be legally entitled to recover as damages from the owner or operator of an **uninsured highway vehicle** because of **bodily injury** sustained by the **insured**, caused by accident and arising out of the ownership, maintenance or use of such **uninsured highway vehicle**; provided, for the purposes of this coverage, determination as to whether the **insured** or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the **insured** or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the **bodily injury** shall be conclusive, as between the **insured** and the company, of the issues of liability of such person or organization or of the amount of damages to which the **insured** is legally entitled unless such judgment is entered pursuant to an action prosecuted by the **insured** with the written consent of the company.

**Exclusions:** This insurance does not apply:

(a) to **bodily injury** to an **insured** with respect to which such **insured**, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to **bodily injury** to an **insured** while **occupying** a **highway vehicle** (other than an **insured highway vehicle**) owned by the **named insured**, any **designated insured** or any relative resident in the same household as the **named** or **designated insured**, or through being struck by such a vehicle, but this exclusion does not apply to the **named insured** or his relatives while **occupying** or if struck by a **highway vehicle** owned by a **designated insured** or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

**II.  PERSONS INSURED**: Each of the following is an **insured** under this insurance to the extent set forth below:

(a) the **named insured** and any **designated insured** and, while residents of the same household, the spouse and relatives of either;

(b) any other person while **occupying** an **insured highway vehicle**; and

(c) any person, with respect to damages he is entitled to recover because of **bodily injury** to which this insurance applies sustained by an **insured** under (a) or (b) above.

The insurance applies separately with respect to each **insured**, except with respect to the limits of the company's liability.

**III.  LIMITS OF LIABILITY**:  Regardless of the number of (1) persons or organizations who are **insureds** under this policy, (2) persons who sustain **bodily injury**, (3) claims made or suits brought on account of **bodily injury**, or (4) **highway vehicles** to which this policy applies,

(a) The limit of liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages because of **bodily injury** sustained by one person as the result of any one accident and, subject to the above provision respecting "each person" the limit of liability stated in the declarations as applicable to "each accident" is the total limit of the company's liability for all damages because of **bodily injury** sustained by two or more persons as the result of any one accident.

(b) Any amount payable under the terms of this insurance because of **bodily injury** sustained in an accident by a person who is an **insured** under this coverage shall be reduced by

(1) all sums paid on account of such **bodily injury** by or on behalf of

   (i)  the owner or operator of the **uninsured highway vehicle** and

   (ii)  any other person or organization jointly or severally liable together with such owner or operator for such **bodily injury**,

including all sums paid under the **bodily injury** liability coverage of the policy, and

(2) the amount paid and the present value of all amounts payable on account of such **bodily**

**injury** under any workmen's compensation law, disability benefits law or any similar law.

(c) Any payment made under this insurance to or for any **insured** shall be applied in reduction of the amount of damages which he may be entitled to recover from any person or organization who is an **insured** under the **bodily injury** liability coverage of the policy.

(d) The company shall not be obligated to pay under this insurance that part of the damages which the **insured** may be entitled to recover from the owner or operator of an **uninsured highway vehicle** which represents expenses for medical services paid or payable under the medical payments coverage of the policy.

**IV. POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**V. ADDITIONAL DEFINITIONS:** When used in reference to this insurance (including endorsements forming a part of the policy):

"**designated insured**" means an individual named in the schedule under **Designated Insured**;

"**highway vehicle**" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle while located for use as a residence or premises;

"**hit-and-run vehicle**" means a **highway vehicle** which causes **bodily injury** to an **insured** arising out of physical contact of such vehicle with the **insured** or with a vehicle which the **insured** is **occupying** at the time of the accident, provided:

(a) there cannot be ascertained the identity of either the operator or owner of such **highway vehicle**;

(b) the **insured** or someone on his behalf shall have reported the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with the company within 30 days thereafter a statement under oath that the **insured** or his legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and

(c) at the company's request, the **insured** or his legal representative makes available for inspection the vehicle which the **insured** was **occupying** at the time of the accident;

"**insured highway vehicle**" means a **highway vehicle**:

(a) described in the schedule as an **insured highway vehicle** to which the **bodily injury** liability coverage of the policy applies;

(b) while temporarily used as a substitute for an **insured highway vehicle** as described in subparagraph (a) above, when withdrawn from

normal use because of its breakdown, repair, servicing, loss or destruction;

(c) while being operated by the **named** or **designated insured** or by the spouse of either if a resident of the same household;

but the term "**insured highway vehicle**" shall not include:

(i) a vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy;

(ii) a vehicle while being used without the permission of the owner;

(iii) under subparagraphs (b) and (c) above, a vehicle owned by the **named insured**, any **designated insured** or any resident of the same household as the **named** or **designated insured**; or

(iv) under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the **named insured** or any resident of the same household;

"**occupying**" means in or upon or entering into or alighting from;

"**state**" includes the District of Columbia, a territory or possession of the United States, and a province of Canada;

"**uninsured highway vehicle**" means:

(a) a **highway vehicle** with respect to the ownership, maintenance or use of which there is, in at least the amounts specified by the financial responsibility law of the **state** in which the **insured highway vehicle** is principally garaged, no **bodily injury** liability bond or insurance policy applicable at the time of the accident with respect to any person or organization legally responsible for the use of such vehicle, or with respect to which there is a **bodily injury** liability bond or insurance policy applicable at the time of the accident but the company writing the same denies coverage thereunder or is or becomes insolvent; or

(b) a **hit-and-run vehicle**;

but the term "**uninsured highway vehicle**" shall not include:

(i) an **insured highway vehicle**,

(ii) a **highway vehicle** which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law,

(iii) a **highway vehicle** which is owned by the United States of America, Canada, a **state**, a political subdivision of any such government or an agency of any of the foregoing.

**VI. ADDITIONAL CONDITIONS:**

**A. Premium:** If during the policy period the number of **insured highway vehicles** owned by the **named insured** or spouse or the number of dealer's license plates issued to the **named insured** changes, the **named insured** shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company. If the earned premium thus computed exceeds the advance premium paid, the **named insured** shall pay the excess to the company; if less, the company shall return to the **named insured** the unearned portion paid by such **insured**.

**B. Proof of Claim; Medical Reports:** As soon as practicable, the **insured** or other person making claim shall give to the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the determination of the amount payable hereunder. The **insured** and every other person making claim hereunder shall submit to examinations under oath by any person named by the company and subscribe the same, as often as may reasonably be required. Proof of claim shall be made upon forms furnished by the company unless the company shall have failed to furnish such forms within 15 days after receiving notice of claim.

The injured person shall submit to physical examinations by physicians selected by the company when and as often as the company may reasonably require and he, or in the event of his incapacity his legal representative, or in the event of his death his legal representative or the person or persons entitled to sue therefor, shall upon each request from the company execute authorization to enable the company to obtain medical reports and copies of records.

**C. Assistance and Cooperation of the Insured:** After notice of claim under this insurance, the company may require the **insured** to take such action as may be necessary or appropriate to preserve his right to recover damages from any person or organization alleged to be legally responsible for the **bodily injury;** and in any action against the company, the company may require the **insured** to join such person or organization as a party defendant.

**D. Notice of Legal Action:** If, before the company makes payment of loss hereunder, the **insured** or his legal representative shall institute any legal action for **bodily injury** against any person or organization legally responsible for the use of a **highway vehicle** involved in the accident, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded immediately to the company by the **insured** or his legal representative.

**E. Other Insurance:** With respect to **bodily injury** to an **insured** while **occupying** a **highway vehicle** not owned by the **named insured**, this insurance shall apply only as excess insurance over any other similar insurance available to such **insured** and applicable to such vehicle as primary insurance, and this insurance shall then apply only in the amount by which the limit of liability for this coverage exceeds the applicable limit of liability of such other insurance.

Except as provided in the foregoing paragraph, if the **insured** has other similar insurance available to him and applicable to the accident, the damages shall be deemed not to exceed the higher of the applicable limits of liability of this insurance and such other insurance, and the company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this insurance and such other insurance.

**F. Arbitration:** If any person making claim hereunder and the company do not agree that such person is legally entitled to recover damages from the owner or operator of an **uninsured highway vehicle** because of **bodily injury** to the **insured**, or do not agree as to the amount of payment which may be owing under this insurance, then, upon written demand of either, the matter or matters upon which such person and the company do not agree shall be settled by arbitration, which shall be conducted in accordance with the rules of the American Arbitration Association unless other means of conducting the arbitration are agreed to between the **insured** and the company, and judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction thereof. Such person and the company each agree to consider itself bound and to be bound by any award made by the arbitrators pursuant to this insurance.

**G. Trust Agreement:** In the event of payment to any person under this insurance:

(a) the company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made;

(b) such person shall hold in trust for the benefit of the company all rights of recovery which he shall have against such other person or organization because of the damages which are the subject of claim made under this insurance;

(c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

(d) if requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;

(e) such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision.

**H. Payment of Loss by the Company:** Any amount due hereunder is payable:

(a) to the **insured**, or

(b) if the **insured** be a minor to his parent or guardian, or

(c) if the **insured** be deceased to his surviving spouse, otherwise

(d) to a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents;

provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof.

## CONDITIONS

**1. Premium:** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the **named insured**, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the **named insured** the unearned portion paid by the **named insured**.

The **named insured** shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**2. Inspection and Audit:** The company shall be permitted but not obligated to inspect the **named insured's** property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the **named insured** or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the **named insured's** books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**3. Financial Responsibility Laws:** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for **bodily injury** liability or for **property damage** liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The **insured** agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

**4. Insured's Duties in the Event of Occurrence, Claim or Suit:**

(a) In the event of an **occurrence**, written notice containing particulars sufficient to identify the **insured** and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the **insured** to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the **insured**, the **insured** shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The **insured** shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the **insured** because of injury or damage with respect to which insurance is afforded under this policy; and the **insured** shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The **insured** shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company:** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the **insured's** obligation to pay shall have been finally determined either by judgment against the **insured** after actual trial or by written agreement of the **insured**, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the **insured** or determine the **insured's** liability, nor shall the company be impleaded by the **insured** or his legal representative. Bankruptcy or insolvency of the **insured** or of the **insured's** estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance:** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the **insured** has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable

under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) **Contribution by Limits**. If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation:** In the event of any payment under this policy, the company shall be subrogated to all the **insured's** rights of recovery therefor against any person or organization and the **insured** shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **insured** shall do nothing after loss to prejudice such rights.

**8. Changes:** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**9. Assignment:** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the **named insured** shall die, such insurance as is afforded by this policy shall apply (1) to the **named insured's** legal representative, as the **named insured**, but only while acting within the scope of his duties as such, and (2) with respect to the property of the **named insured**, to the person having proper temporary custody thereof, as **insured**, but only until the appointment and qualification of the legal representative.

**10. Cancellation:** This policy may be cancelled by the **named insured** by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the company by mailing to the **named insured** at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the **named insured** or by the company shall be equivalent to mailing.

If the **named insured** cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

**11. Declarations:** By acceptance of this policy, the **named insured** agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

**In Witness Whereof,** the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

_Secretary_

_President_

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)

This endorsement modifies the provisions of this policy relating to **ALL AUTOMOBILE LIABILITY AND MEDICAL PAYMENTS INSURANCE.**

It is agreed that:

I. This policy does not apply:

A. Under any Liability Coverage, to **bodily injury** or **property damage**

   (1) with respect to which an **insured** under this policy is also an **insured** under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an **insured** under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

C. Under any Liability Coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if

   (1) the **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom;

   (2) the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured**; or

   (3) the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

II. As used in this endorsement:

"**hazardous properties**" include radioactive, toxic or explosive properties;

"**nuclear material**" means **source material, special nuclear material** or **byproduct material;**

"**source material,**" "**special nuclear material**", and "**byproduct material**" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"**spent fuel**" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor;**

"**waste**" means any waste material (1) containing **byproduct material** and (2) resulting from the operation by any person or organization of any **nuclear facility** included within the definition of **nuclear facility** under paragraph (a) or (b) thereof;

"**nuclear facility**" means

   (a) any **nuclear reactor,**

   (b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel,** or (3) handling, processing or packaging **waste,**

   (c) any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

   (d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste,**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"**nuclear reactor**" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"**property damage**" includes all forms of radioactive contamination of property.

**NEW YORK EXCEPTION:** The "Nuclear Energy Liability Exclusion Endorsement (Broad Form)" does not apply to Automobile Liability Insurance in New York.

# BASIC AUTOMOBILE LIABILITY POLICY

STOCK COMPANY



## *Canal Insurance Company*

*P.O. Box 7 - Greenville, South Carolina - 29602-0007*

## SHORT RATE CANCELLATION TABLE FOR ONE YEAR POLICIES

| Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 37-40 | 21 | 95-98 | 37 | 154-156 | 53 | 219-223 | 69 | 292-296 | 85 |
| 2 | 6 | 41-43 | 22 | 99-102 | 38 | 157-160 | 54 | 224-228 | 70 | 297-301 | 86 |
| 3-4 | 7 | 44-47 | 23 | 103-105 | 39 | 161-164 | 55 | 229-232 | 71 | 302-305 (10 mos.) | 87 |
| 5-6 | 8 | 48-51 | 24 | 106-109 | 40 | 165-167 | 56 | 233-237 | 72 | 306-310 | 88 |
| 7-8 | 9 | 52-54 | 25 | 110-113 | 41 | 168-171 | 57 | 238-241 | 73 | 311-314 | 89 |
| 9-10 | 10 | 55-58 | 26 | 114-116 | 42 | 172-175 | 58 | 242-246 (8 mos.) | 74 | 315-319 | 90 |
| 11-12 | 11 | 59-62 (2 mos.) | 27 | 117-120 | 43 | 176-178 | 59 | 247-250 | 75 | 320-323 | 91 |
| 13-14 | 12 | 63-65 | 28 | 121-124 | 44 | 179-182 (6 mos.) | 60 | 251-255 | 76 | 324-328 | 92 |
| 15-16 | 13 | 66-69 | 29 | 125-127 (4 mos.) | 45 | 183-187 | 61 | 256-260 | 77 | 329-332 | 93 |
| 17-18 | 14 | 70-73 | 30 | 128-131 | 46 | 188-191 | 62 | 261-264 | 78 | 333-337 (11 mos.) | 94 |
| 19-20 | 15 | 74-76 | 31 | 132-135 | 47 | 192-196 | 63 | 265-269 | 79 | 338-342 | 95 |
| 21-22 | 16 | 77-80 | 32 | 136-138 | 48 | 197-200 | 64 | 270-273 (9mos.) | 80 | 343-346 | 96 |
| 23-25 | 17 | 81-83 | 33 | 139-142 | 49 | 201-205 | 65 | 274-278 | 81 | 347-351 | 97 |
| 26-29 | 18 | 84-87 | 34 | 143-146 | 50 | 206-209 | 66 | 279-282 | 82 | 352-355 | 98 |
| 30-32 (1 mo.) | 19 | 88-91 (3 mos.) | 35 | 147-149 | 51 | 210-214 (7 mos.) | 67 | 283-287 | 83 | 356-360 | 99 |
| 33-36 | 20 | 92-94 | 36 | 150-153 (5 mos.) | 52 | 215-218 | 68 | 288-291 | 84 | 361-365 (12 mos.) | 100 |

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

CONSECO FINANCE
332 MINNESOTA STREET
S#500W
SAINT PAUL, MN 55101

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number __373516____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _06/05/2001_

Insured _PIONEER HAULERS, LLC._ _____ Expiration Date _Until Cancelled_

Issue Date __06/07/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC# A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Greenville, South Carolina

Form E-1

(Rev. 12-1991)
010084653

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROBERT EDWARD PIERCE DBA R.E.P. TRUCKING
P O BOX 2411
CLANTON, AL 35046

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
| --- | --- |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |

is leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

$200. charged

Policy Number __373516__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __06/05/2001__

Insured __PIONEER HAULERS, LLC.__    Expiration Date __Until Cancelled__

Issue Date __06/07/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC# A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)
010084653

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ORIX CREDIT ALLIANCE, INC.
9300 SHELBYVILLE RD., S#910
LOUISVILLE, KY 40222


WHILE THE FOLLOWING VEHICLE(S):

| **VEHICLE YEAR MODEL** | **VIN** |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number __373516_____  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date _06/05/2001_

Insured _PIONEER HAULERS, LLC._____  Expiration Date _Until Cancelled_

Issue Date __06/07/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC# A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Greenville, South Carolina

Form E-1

(Rev. 12-1991)
010084653

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT SOUTHERN REDI MIX IS DELETED AS A CERTIFICATE HOLDER.

Policy Number __373516__    Endorsement Effective Time X̶X̶/̶X̶X̶/̶X̶X̶ 1:30 PM    Endorsement Effective Date __06/12/2001__

Insured __PIONEER HAULERS, LLC.__                                                                Expiration Date __Until Cancelled__

Issue Date __06/29/2001__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010084754

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

SHELBY REDI-MIX INC
P O BOX 2095
CLANTON, AL 35045

WHILE THE FOLLOWING VEHICLE(S):

**VEHICLE YEAR MODEL**          **VIN**

1997 KENWORTH DUMP TRUCK        1NKDLBOX5VR754241

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number __373516__      Endorsement Effective Time ~~XXXXXXX~~ _1:46 PM_      Endorsement Effective Date __06/20/2001__

Insured _PIONEER HAULERS, LLC._      Expiration Date __Until Cancelled__

Issue Date __07/03/2001__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

04 CHARGED      JUL 1 1 2001 **Canal Insurance Company**

Greenville, South Carolina

Form E-1

(Rev. 12-1991)
010084767

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROBERT EDWARD PIERCE DBA R.E.P. TRUCKING
P O BOX 2411
CLANTON, AL 35046

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |
| 1990 FREIGHTLINER TRACTOR | 1FUYDCYB8LP384712 |
| 1992 EAST DUMP TRAILER | 1E1F9S286NRK12972 |

is leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

PR 1 -

ADDITIONAL PREMIUM: __200.00__        RETURN PREMIUM: _____

08/29/2001 - 10/01/2001        Breakdown for policies under installment premium payment plan:

XXXXXXXXXXX  335.00        ESCROW DEPOSIT ____610.00____

The remaining __monthly__ installments due will change by __305.00__ from __1,385.00__

to __1,690.00__ beginning with the Installment due __10/01/2001__

Policy Number __373516__    Endorsement Effective Time XXXXXXX 1:16 PM    Endorsement Effective Date __08/29/2001__

Insured __PIONEER HAULERS, LLC.__        Expiration Date __Until Cancelled__

Issue Date __09/06/2001__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1                    Greenville, South Carolina                    (Rev. 12-1991)

06 CHARGED SEP 1 9 2001

010085077

# ENDORSEMENT

Amended

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROBERT EDWARD PIERCE DBA R.E.P. TRUCKING
P O BOX 2411
CLANTON, AL 35046

WHILE THE FOLLOWING VEHICLE(S):

| **VEHICLE YEAR MODEL** | **VIN** |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |
| 1990 FREIGHTLINER TRACTOR | 1FUYDCYB8LP384712 |
| 1992 EAST DUMP TRAILER | 1E1F9S286NRK12972 |

is leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

PR 1 -

ADDITIONAL PREMIUM:  200.00          RETURN PREMIUM: _____

08/29/2001 - 10/01/2001   Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX   335.00          ESCROW DEPOSIT _____610.00_____
The remaining ___monthly___ installments due will change by __305.00__ from _1,385.00_
to ___1,690.00_____ beginning with the Installment due ___10/01/2001___

Policy Number ___373516_____   Endorsement Effective Time XXXXXXXX  1:16 PM___   Endorsement Effective Date _08/29/2001_

Insured  PIONEER HAULERS, LLC.                                    Expiration Date _Until Cancelled_

Issue Date ___09/06/2001__ Authorized Signature _____
                          ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                    Greenville, South Carolina              (Rev. 12-1991)

010085077

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

IT IS UNDERSTOOD AND AGREED THAT THE ENDORSEMENT EFFECTIVE 8/29/2001 & ISSUED ON 9/6/2001 SHOULD ONLY BE AMENDED WITH NO CHARGE.

RETURN PREMIUM: -200.00 FLAT CHARGE



PR 1 -

| ADDITIONAL PREMIUM: _____ | RETURN PREMIUM: __-200.00__ |
|---|---|

8/29/2001 - 00/00/00 ~~XXXXXXXXXXX~~  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXX __0.00__          ESCROW  DEPOSIT __0.00__
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to __0.00__ beginning with the Installment due __00/00/00__

Policy Number __373516__    Endorsement Effective Time ~~XXXXXX~~ __1:16 PM__    Endorsement Effective Date __08/29/2001__

Insured __PIONEER HAULERS, LLC.__    Expiration Date __Until Cancelled__

Issue Date __10/31/2001__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
## Canal Insurance Company
Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010080138

US CHARGED NOV 1 6 2001

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROBERT EDWARD PIERCE DBA R.E.P. TRUCKING
P O BOX 2411
CLANTON, AL 35046

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |
| 1990 FREIGHTLINER TRACTOR | 1FUYDCYB8LP384712 |
| 1992 EAST DUMP TRAILER | 1E1F9S286NRK12972 |

is leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number ___373516_____    Endorsement Effective Time XXXXXXXX  1:16 PM ___    Endorsement Effective Date __08/29/2001_

Insured __PIONEER HAULERS, LLC._____    Expiration Date _Until Cancelled_

Issue Date __11/07/2001_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1

Greenville, South Carolina

(Rev. 12-1991)

010080162

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROBERT EDWARD PIERCE DBA R.E.P. TRUCKING
P O BOX 2411
CLANTON, AL 35046

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |
| 1990 FREIGHTLINER TRACTOR | 1FUYDCYB8LP384712 |
| 1992 EAST DUMP TRAILER | 1E1F9S286NRK12972 |

is leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number __373516__    Endorsement Effective Time ~~XXXXXXXX~~ _1:16 PM_    Endorsement Effective Date __08/29/2001__

Insured _PIONEER HAULERS, LLC._    Expiration Date _Until Cancelled_

Issue Date __11/07/2001__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010080162

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLE SHOWN ON THE ATTACHED E-69
SCHEDULE OF EQUIPMENT:

Policy Number __373516__    Endorsement Effective Time ~~XXXXXXXX~~ _1:16 PM_    Endorsement Effective Date _08/29/2001_

Insured _PIONEER HAULERS, LLC._    Expiration Date _Until Cancelled_

Issue Date __12/03/200__1 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Form E-1    CHG BY UPL    DEC 0 6 2001  Greenville, South Carolina



(Rev. 12-1991)

010080243

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROBERT EDWARD PIERCE DBA R. E. P. TRUCKING
P O BOX 2411
CLANTON, AL 35046

### WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |
| ~~1990 FREIGHTLINER TRACTOR~~ | ~~1FUYDOYB8LP384712~~ |
| 1992 EAST DUMP TRAILER | 1E1F9S286NRK12972 |

is leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

PR 1 -

ADDITIONAL PREMIUM: _200.00_          RETURN PREMIUM: _____

06/05/2002 - 00/00/00   Breakdown for policies under installment premium payment plan:
XXXXXXXXXX   _0.00_                ESCROW  DEPOSIT ____0.00____
The remaining __monthly__  installments due will change by __0.00__ from __0.00__
to ____0.00____            beginning with the Installment due __00/00/00__

Policy Number __373516__   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __06/05/2002__

Insured _PIONEER HAULERS, LLC._   Expiration Date _Until Cancelled_

Issue Date _06/25/2002_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

(Rev. 12-1991)

Form E-1

*cop*

010080963

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROBERT EDWARD PIERCE DBA R. E. P. TRUCKING
P O BOX 2411
CLANTON, AL 35046

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ845982 |
| 2000 KW DUMP TRUCK | 1NKWLB0X6YJ845983 |
| 2000 KW DUMP TRUCK | 1NKWLB0X4YJ847702 |
| 1990 FREIGHTLINER TRACTOR | 1FUYDCYB8LP384712 |
| 1992 EAST DUMP TRAILER | 1E1F9S286NRK12972 |

is leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

PR 1 -

ADDITIONAL PREMIUM:  200.00          RETURN PREMIUM: _____

06/05/2002 - 00/00/00  Breakdown for policies under installment premium payment plan:

XXXXXXXXXXX  0.00                    ESCROW  DEPOSIT _____ 0.00 _____
The remaining __monthly__ installments due will change by __0.00_____ from__0.00_____
to_____0.00_____ beginning with the Installment due ____00/00/00_____

Policy Number ___373516_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _06/05/2002_

Insured _PIONEER HAULERS, LLC._____ Expiration Date _Until Cancelled_

Issue Date ___06/25/2002_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1
02 CHARGED    JUL 1 2 2002      Greenville, South Carolina      (Rev. 12-1991)

010080963

# ENDORSEMENT

## GENERAL CHANGE

THE ANNUAL PREMIUM PER VEHICLE AND THE MONTHLY PREMIUM PER VEHICLE IS AMENDED FOR VEHICLES 1, 2, 3, 4, 5, 6, 7, 8, AS PER E-69L, COPY ATTACHED.

PR 1 -

ADDITIONAL PREMIUM: __SEE BELOW__          RETURN PREMIUM: _____

06/05/2002 - 07/01/2002 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX __188.00__                    ESCROW DEPOSIT ____434.00____
The remaining __monthly__ installments due will change by __217.00__ from __1,967.00__
to __2,184.00__ beginning with the Installment due __07/01/2002__

Policy Number __373516__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __06/05/2002__

Insured __PIONEER HAULERS, LLC.__                                            Expiration Date __Until Cancelled__

Issue Date __06/25/2002__ Authorized Signature _____

CHG BY UPL    JUN 26 2002    ALABAMA PUBLIC AUTO INS AGCY LIC# A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Form E-1                        Greenville, South Carolina                    (Rev. 12-1991)

010080963

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FORM E IS ADDED AS PART OF THIS POLICY.

Policy Number ___373516___   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date _02/05/2003_

Insured _PIONEER HAULERS, LLC._   Expiration Date _Until Cancelled_

Issue Date __02/05/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010086786

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FORM F IS ADDED AS PART OF THIS POLICY.

Policy Number __373516__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date _02/05/2003_

Insured __PIONEER HAULERS, LLC.__    Expiration Date _Until Cancelled_

Issue Date __02/14/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010086850

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

JENCO INC DBA MILLER SAND AND LANDSCAPE SUPPLY
P O BOX 216
DE ARMANVILLE, AL 36257

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM:  200.00                          RETURN PREMIUM:  _____

02/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXXX   0.00                      ESCROW  DEPOSIT  _____ 0.00 _____
The remaining ___monthly___ installments due will change by __0.00___ from _0.00___
to ____0.00_____ beginning with the Installment due ____00/00/00_____

Policy Number ___373516_____    Endorsement Effective Time XXXXXXX 1:11 PM ____    Endorsement Effective Date _02/19/2003_

Insured  PIONEER HAULERS, LLC. _____    Expiration Date _Until Cancelled_

Issue Date ___04/08/2003 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

03 CHARGED    APR 0 8 2003    **Canal Insurance Company**
Form E-1                              Greenville, South Carolina              (Rev. 12-1991)

010087260

# Schedule of Equipment                                    **Liability**

| Vehicle # | Year/Trade Name/Model/Body Type<br>Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Premium<br>Monthly Prem. |
|---|---|---|---|---|
| 1 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150 | CLANTON, AL | $3,328.00<br>$277.00 |
| 2 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150 | CLANTON, AL | $3,328.00<br>$277.00 |
| 3 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150 | CLANTON, AL | $3,328.00<br>$277.00 |
| 4 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150 | CLANTON, AL | $3,328.00<br>$277.00 |

Policy Number ___373516_____  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date _06/05/2001_

Insured _PIONEER HAULERS, LLC._____  Expiration Date _Until Cancelled_

Issue Date __06/07/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC# A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
### Greenville, South Carolina

Form E-69L                                                          (Rev. 12-1991)

010084653

# Schedule of Equipment

# Liability

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 1 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ845982 | 150 | CLANTON, AL | $3,695.00 $308.00 |
| 2 | 2000 KW DUMP TRUCK 1NKWLB0X6YJ845983 | 150 | CLANTON, AL | $3,695.00 $308.00 |
| 3 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ847702 | 150 | CLANTON, AL | $3,695.00 $308.00 |
| 4 | 1993 INTERNATIONAL TRUCK 1HTSDPNM5PH508786 | 150 | CLANTON, AL | $3,695.00 $308.00 |
| 5 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 | CLANTON, AL | $3,695.00 $308.00 |
| 6 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 | CLANTON, AL | $3,658.00 $305.00 |
| 7 | 1992 EAST DUMP TRAILER 1E1F9S286NRK12972 | 150 | CLANTON, AL | $404.00 $34.00 |
| 8 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB6LP371179 | 150 | CLANTON, AL | $3,658.00 $305.00 |

Policy Number ___373516___    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date _06/05/2002_

Insured _PIONEER HAULERS, LLC._                                         Expiration Date _Until Cancelled_

Issue Date _06/25/2002_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-69L

(Rev. 12-1991)

010080963

# ENDORSEMENT

## OCCUPANT HAZARD EXCLUDED

It is agreed that such insurance as is afforded by the policy for Bodily Injury Liability does not apply to Bodily Injury including death at any time resulting therefrom, sustained by any person while in or upon, entering or alighting from the automobile.

It is further agreed that, in the event the company shall, because of provision of the Federal or State statutes become obligated to pay any sum or sums of money because of such bodily injury or death resulting therefrom, the insured agrees to reimburse the company for any and all loss, costs and expenses paid or incurred by the company.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-4                                                                (Rev. 12-91)

# ENDORSEMENT

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 1 - KW DUMP TRUCK | CLANTON, AL | 150 |
| 2 - KW DUMP TRUCK | CLANTON, AL | 150 |
| 3 - KW DUMP TRUCK | CLANTON, AL | 150 |
| 4 - INTERNATIONAL TRUCK | CLANTON, AL | 150 |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number ___373516_____     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __06/05/2001__

Insured __PIONEER HAULERS, LLC._____     Expiration Date __Until Cancelled__

Issue Date __06/07/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC# A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Greenville, South Carolina

Form E-5

(Rev. 12-1991)

010084653

# ENDORSEMENT

## ERRONEOUS DELIVERY OF LIQUID PRODUCTS

It is agreed that the insurance with respect to any **automobile** does not apply to **bodily injury** or **property damage** arising out of the delivery of any liquid product into a wrong receptacle or to a wrong address or the erroneous delivery of one liquid product for another, if the **bodily injury** or **property damage** occurs after such operations have been completed or abandoned at the site of such delivery. Operations which may require further service or maintenance work, or correction, repair or replacement because of performance at the wrong address or because of any error, defect or deficiency, but which are otherwise complete, shall be deemed completed.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-18

(Rev. 1-1994)

Copy of Image
## ENDORSEMENT

# TRUCKMAN'S ENDORSEMENT

In consideration of the premium charged for the policy to which this endorsement is attached, it is understood and agreed that no coverage is extended to any person, firm or organization using the described automobile pursuant to any lease, contract of hire, bailment, rental agreement, or any similar contract or agreement either written or oral, expressed or implied, the terms and provisions of the Insuring Agreement III of Section A, entitled "Persons Insured" notwithstanding.

In the event the automobile described in this policy is being used or maintained pursuant to any lease, contract of hire, bailment, rental agreement or any similar contract or agreement, either written or oral, expressed or implied, the insurance afforded the named insured shall be excess insurance over any other insurance.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-45

Copy of Image

(Rev. 12-1991)

3275610469

# ENDORSEMENT

## UNINSURED MOTORISTS INSURANCE

### AMENDATORY ENDORSEMENT - ALABAMA

## SECTION C  UNINSURED MOTORISTS INSURANCE

**PART I**

The second paragraph is replaced by the following:

If this insurance provides a limit in excess of the amounts required by the applicable law where a covered **auto** is principally garaged, the company will pay under this coverage only if **a.** or **b.** below applies:

(a) The limits of any applicable liability bonds or policies have been exhausted by judgments or payments, or

(b) A tentative settlement has been made between an **insured** and the insurer of a vehicle described in paragraph **c.** of the definition of **uninsured highway vehicle** and the company:

    (1) Has been given prompt written notice of such tentative settlement, and

    (2) Advances payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

No judgment for damages arising out of a suit brought against the owner or operator of an **uninsured highway vehicle** is binding on the company unless the company:

(a) Has received reasonable notice of the pendency of the suit resulting in the judgment, and

(b) Has had a reasonable opportunity to protect the company's interest in the suit.

However, if reasonable notice has not been given to the company, the company has the option to accept the judgment in the suit as binding on the company.

**Exclusions:** The following is added to (a): ...However, this Exclusion does not apply to vehicles described in paragraph **c.** of the definition of **uninsured highway vehicle.**

Exclusion (b) is deleted.

The following is added:

(d) to punitive or exemplary damages, however, this exclusion does not apply to punitive or exemplary damages which are awarded in a wrongful death action.

**PART III**

**LIMITS OF LIABILITY:** This section is replaced with the following:

(a) Regardless of the number of covered **autos, insureds,** premiums paid, claims made or vehicles involved in the **occurrence,** the most the company will pay for all damages resulting from any one **occurrence** is the limit of UNINSURED MOTORISTS INSURANCE shown in the declarations. If there is more than one covered **auto,** the company's limit of insurance for any one **occurrence** is the sum of the limits applicable to each covered **auto,** subject to a maximum of three covered **autos.**

(b) No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage and any Liability Coverage or Medical Payments Coverage endorsement attached to this policy.

(c) The company will not make a duplicate payment under this Coverage for any element of loss for which payment has been made by or for anyone who is legally responsible.

(d) The company will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any workers' compensation, disability benefits or similar law.

(e) The limit of liability stated in the declarations as applicable to "each occurrence" is subject to the "each person" limit stated in the declarations.

Page 1 of 2

Form E-70 AL

(Rev. 8-96)

**PART V**   **ADDITIONAL DEFINITIONS:** "**hit-and-run vehicle**" is changed as follows: "**hit-and-run vehicle**" means a **highway vehicle** in which:
(a) neither the driver nor owner can be identified. The vehicle must either:
(1) Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, or
(2) Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, provided the facts of the **occurrence** can be corroborated by competent evidence other than the testimony of any person making a claim under this or any other similar insurance as the result of such **occurrence**, provided:
(b) and (c) remain unchanged.

"**uninsured highway vehicle**" - The following is added: (c) an underinsured highway vehicle which is a **highway vehicle** or **trailer** for which the sum of all liability bonds or policies at the time of an **occurrence** provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the **occurrence**.

Under the definition of **uninsured highway vehicle** and after the phrase "but the term "**uninsured highway vehicle**" shall not include":, (iii) is deleted.

**PART VI**   **F. Arbitration:** The following is added:  This **Arbitration** provision will not apply if legal action has been commenced by the **insured** against the owner or operator of an **uninsured highway vehicle.**

**G. Trust Agreement:** The following is added to (a): ...however, the company shall be entitled to recover only after the insured has been fully compensated for damages.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

# Canal Insurance Company
Greenville, South Carolina

Form E-70 AL

(Rev. 8-96)

# ENDORSEMENT

## MONTHLY PREMIUM ENDORSEMENT

It is agreed that this insurance shall take effect as of the date and time shown in Item 2 of the Declarations and continue in full force and effect as long as the monthly premium shown below is paid on or before each monthly due date.

$ _13,312.00_ - Annual Premium Rate

$ _1,108.00_ - Monthly Premium

_07/01/2001_ - Due date of first monthly premium; subsequent payments due on the

_1st_ of each month.

$ _2,216.00_ - Deposit

$ _960.00_ - Partial Month Premium from inception to first installment
$200.00 - Additional Insured Annual Premium Fully Earned

To guarantee the payment of earned premium under this policy, the named Insured hereby agrees to deposit with the Company the above deposit amount, which the Company agrees to hold in a special escrow account until this policy is terminated as provided herein or in the policy conditions. Upon termination of this policy, the Company will refund to the named Insured the entire amount of such escrow deposit, less only such part thereof as may be necessary to complete the payment of any previously unpaid earned premium under the policy. No part of this escrow deposit shall be considered as policy premium except such part as may actually be applied by the Company to the payment of earned premium as herein before specified and provided.

In event this policy is cancelled short rate as provided in the Cancellation condition of the policy, the basis used for the calculation of the short rate earned premium shall be the full annual premium from which the monthly premium for this policy has been determined.

And it is further agreed that the conditions of this policy are hereby amended to provide that failure on the part of the assured to make any monthly payment on or before due dates above set forth will constitute request on his part for cancellation and cancellation will be effected on the customary short rate basis by the mailing of cancellation notice. In the event cancellation notice is mailed for non-payment of premium, such notice, at the option of the Company, may be rescinded if past due premium plus $3.00 rescinder fee is received at Home Office of Company on or before effective date of cancellation.

Policy Number ___373516_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _06/05/2001_

Insured _PIONEER HAULERS, LLC._ Expiration Date _Until Cancelled_

Issue Date _06/07/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC# A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-96

(Rev. 7-1991)

010084653

# Copy of Image
## ENDORSEMENT

## SINGLE LIMIT OF LIABILITY

| COVERAGES |
|---|
| Bodily Injury Liability and Property Damage Liability<br>Uninsured and Underinsured Motorist Coverage |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to **Bodily Injury** Liability and **Property Damage** Liability are amended to read as follows:

### LIMITS OF LIABILITY

Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

### Bodily Injury Liability and Property Damage Liability:

The limit of liability stated in the schedule of the policy as applicable to "each **occurrence**" is the total limit of the company's liability for all damages because of **bodily injury**, including damages for care and loss of services, or **property damage** as a result of any one **occurrence**, provided that with respect to any one **occurrence** for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for **bodily injury** liability and for **property damage** liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

### Uninsured and Underinsured Motorist Coverage:

Whenever Uninsured and/or Underinsured Motorist Coverage has been purchased, Combined Single Limits will be amended to afford Split Limits as required by law.

---

### EXCESS POLICY

IT IS FURTHER UNDERSTOOD AND AGREED THAT WHEN THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS AN EXCESS POLICY, THE COMPANY'S LIMIT OF LIABILITY SHALL NOT EXCEED 100% OF THE DIFFERENCE BETWEEN THE PRIMARY OR UNDERLYING LIMITS OF LIABILITY AS STATED IN THE POLICY AND TOTAL LIMITS OF PRIMARY AND EXCESS.

---

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

# Canal Insurance Company

Greenville, South Carolina

Form E-102

# Copy of Image

(Rev. 11-1993)

3275610469

# ENDORSEMENT

## GENERAL CHANGE

### DUMP SITE POLLUTION EXCLUSION

In consideration of the premium charged it is hereby understood and agreed no coverage is afforded for an insured's liabilities or responsibilities for damages, cleanup, restoration, expenses or liabilities of any kind arising out of the insured's actual or alleged pollution of any dump site or the actual or threatened pollution of the property of others resulting from such dumping operations.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-115

(Rev. 3-97)

# ENDORSEMENT

## AMENDATORY ENDORSEMENT

### SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

PART I    COVERAGE A - BODILY INJURY LIABILITY - - COVERAGE B - PROPERTY DAMAGE LIABILITY

EXCLUSIONS:  The following are added:

(h)  to **bodily injury** or **property damage** resulting from the movement of property by mechanical device (other than a hand truck) unless the device is attached to an **owned automobile** or **temporary substitute automobile**;

(i)  to **bodily injury** or **property damage** arising out of the **named insured's** work after that work has been completed or abandoned.  In this exclusion, the **named insured's** work means:

(1)  work or operations performed by the **named insured** or on behalf of the **named insured**; and
(2)  materials, parts or equipment furnished in connection with such work or operations.

The **named insured's** work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **1**. or **2**. above.

The **named insured's** work will be deemed completed at the earliest of the following times:

(1)  when all of the work called for in the **named insured's** contract has been completed.
(2)  when all of the work to be done at the site has been completed if the **named insured's** contract calls for work at more than one site.
(3)  when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed;

(j)  to **bodily injury** or **property damage** arising out of the operation of the following:

(1)  cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
(2)  air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-125                                                                                                                (Rev. 4-1999)

# CANAL
### INSURANCE COMPANY

## APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
### LIABILITY and PHYSICAL DAMAGE

**ALABAMA**

Submit In Duplicate

| 1. Applicant | Area/Phone Number | 2. This Application is for |
|---|---|---|
| PIONEER HAULERS, LLC. | 205-755-4121 | ☒ Liability ☒ Physical Damage |

**3. Business Address**

| Street | City | County | State | Zip Code |
|---|---|---|---|---|
| P. O. BOX 2411 | CLANTON | CHILTON | AL | 35046 |

| 4. Applicant is | 5. Legal Owner of Business | 6. Tax ID or Social Security Number |
|---|---|---|
| ☐ Individual  ☐ Partnership  ☒ Corporation | HAROLD PIERCE & DOYLE PIERCE | 63-1269324 |

**7. Business is** ☐ Taxi  ☐ Bus Private  ☐ Bus Public  ☒ Trucking Private  ☐ Trucking Contract  ☐ Trucking for Hire  ☐ Other

**8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific) -**

SAND, GRAVEL, ROCK,

| Approx Value Per Load | Is vehicle used to haul explosives? | ☐ Yes ☒ No |
|---|---|---|
| | Is vehicle used to transport employees? | ☐ Yes ☒ No |

**9. Total number of vehicles owned and/or operated by Applicant**

____ Taxis  ____ Tractors
____ Buses  ____ Semitrailers
____ Trucks

**10. Is Equipment lent, leased or rented to/or from others?** If YES, give unit numbers and details.  ☐ Yes  ☒ No

**11. Does Applicant have other Commercial Liability Insurance in force?**  ☐ Yes  ☒ No   If YES, give Company, number of units covered, limits and details.

**12. Liability Coverage Limits Desired**

| A. Bodily Injury | B. Property Damage | -OR- | Combined Single Limits |
|---|---|---|---|
| n/a ,000/n/a ,000 | n/a ,000 | | $1,000 ,000 |

## 13. LIABILITY INFORMATION FOR FILINGS

| Filings Required | Docket or Permit Number | Applicant's Name and Address exactly as it appears on each Permit. |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

**FHWA Docket #: MC** _____  **US DOT #:** _____

## THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED

| 14. Who was your insurance carrier last year? | 15. Who were your insurance carriers for 2 years before that? |
|---|---|
| NONE | HARLEYSVILLE |

**16. Have you ever had insurance for this type of operation cancelled, declined or renewal refused?**  ☐ Yes  ☒ No   If YES, give name of Insurance Companies, dates and reason for cancellation or refusal.

**17. Have you ever had Insurance with Canal?**  ☒ Yes  ☐ No   If YES, give Policy Number  A289014, A266890, A207499

### 18. LIABILITY

| Show Policy Periods For Past Three Years | | Number of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | TO | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| 7/00 | 6/01 | 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 7/1/99 | 7/1/00 | 9 | $ 8000 | $ 4057 | $ 16000 | $ 1600 |
| 7/1/98 | 7/1/99 | 6 | $ 0 | $ 6856 | $ 0 | $ 0 |

### 19. PHYSICAL DAMAGE

| Show Policy Periods For Past Three Years | | Number of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | TO | | Collision | Fire & Theft | Collision | Fire & Theft |
| 7/00 | 6/01 | 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 7/1/99 | 7/1/00 | 1 | $ 1990 | $ 0 | $ 0 | $ 0 |
| 7/1/98 | 7/1/99 | 0 | $ 0 | $ 0 | $ 0 | $ 0 |

**20. Desired Effective Date of Policy** 12:01  ☒ a.m.  ☐ P.M.   Month JUNE  Day 5  Year 2001  Hour

**21. Expiration Date** until cancelled

**22. Total Premium** $2962

**23. Terms of Payment:** ☐ Full payment or ___ installments of $___ and down payment of $___ Amount enclosed: $___  ☒ Until Cancelled monthly billing.

## REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA

In accordance with the provisions of 32-7-23 (a) of the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) does hereby reject such insurance, being the insurance provided for protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

Form E-64                                                   X _____
                                                     Signature of Insured

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on the application and signed by me, shall become a part of the policy.

Date Application Completed ___10/5/01___   Signature of Agent of Applicant _____

Signature of Applicant _____   X Address of Agent  P. O. Box 360027, Birmingham, AL 35236

Form A-101 AL

## THIS IS NOT A BINDER

(Rev. 4-1999)

## SCHEDULE OF EQUIPMENT AND RATING INFORMATION

| Item or Unit Number | Year Model | Trade Name and Kind of Vehicle (1) | Motor/Serial Number | Terminal Location | Capacity Tons, Gallons Passengers | Radius Max. Miles | Date Purchase | If Used, Purchase Price | Desired Amt of Insurance (2) | Deductible All Perils | Computed Premium Liability | Computed Premium Phys. Dmg. | Reason for SR-22 Filing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2000 | Kenworth DT | 1NKWLB0X4YJ845982 | CLANTON,AL | | 150 | | | 90000 | 1,000. | 3328 | 3150 | |
| 2 | 2000 | Kenworth DT | 1NKWLB0X6YJ845983 | CLANTON,AL | | 150 | | | 90000 | 1,000. | 3328 | 3150 | |
| 3 | 2000 | Kenworth DT | 1NKWLB0X4YJ847702 | CLANTON,AL | | 150 | | | 90000 | 1,000. | 3328 | 3150 | |
| 4 | 1993 | International Flatbed Truck | 1HTSDPNM5PH508786 | CLANTON,AL | | 150 | | | NONE | NONE | 3328 | NONE | |
| | | ADDT'L INSD | ROBERT EDWARD PIERCE DBA | | | | | | | 200 | | | |
| | | UNITS 1,2,3 | R.E.P. TRUCKING | | | | | | | | | | |
| | | | P.O. BOX 2411 | | | | | | | | | | |
| | | | CLANTON, AL 35046 | | | | | | | | | | |

Total Premium  22962

## LIST ALL DRIVERS OF INSURED VEHICLES

| Driver's Name | Social Security Number | Date of Birth Mo. Day Year | Drivers License State | Drivers License Number | No. of Violations and Accidents Past 3 Years | (A) SR-22 Required? | (B) State |
|---|---|---|---|---|---|---|---|
| JACKIE WAYNE COGGINS | | 04/05/56 | AL | 3409266 | 2 | 0 | 0 |
| ALLEN REESE COGGINS | | 03/24/60 | AL | 3940559 | 0 | 0 | 0 |
| DERRICK ARGO | | 08/22/77 | AL | 6519145 | 2 | 0 | 0 |
| CHRIS CAMPBELL (TRUCK) | | 06/03/72 | AL | 6989588 | 0 | 0 | 0 |
| TIMOTHY DOYLE PIERCE (TRUCK) | | 12/12/74 | AL | 5983768 | 3 | 0 | 0 |
| ROBERT EDWARD PIERCE | | 07/19/71 | AL | 5566672 | 0 | 0 | 0 |
| JOHN HAROLD PIERCE | | 11/12/34 | AL | 3252468 | 0 | 0 | 0 |
| DOYLE HIRAM PIERCE | | 03/31/44 | AL | 2091379 | 1 | 0 | 0 |

LOSS PAYEES ‡ Additional Insured (lease purchased vehicles)

| Item or Unit Number of Applicable Vehicles | Name of Loss Payees | Complete Address |
|---|---|---|
| | ORIX CREDIT ALLIANCE, INC. | 9300 SHELBYVILLE RD., S#910, LOUISVILLE, KY 40222 |
| 2 & 3 | CONSECO FINANCE, ATTN: TOMICA RAMSEY | 332 MINNESOTA STREET, S#500W, ST. PAUL, MN 55101 |

NOTES: (1) Specify whether straight truck, tractor, semitrailer, trailer, bus, taxi, etc. Describe each semitrailer directly under the tractor with which it is used.
(2) Coverage written on actual cash value basis only, not to exceed this stated amount.   Comprehensive coverage not written on commercial vehicles.

# CANAL INSURANCE COMPANY
## APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
### LIABILITY and PHYSICAL DAMAGE

**ALABAMA**
Submit in Duplicate

**1. Applicant**
PIONEER HAULERS, LLC.

**Area/Phone Number**
205-755-4121

**2. This Application is for**
[X] Liability [X] Physical Damage

**3. Business Address**
P. O. BOX 2411

| Street | City | County | State | Zip Code |
|---|---|---|---|---|
| | CLANTON | CHILTON | AL | 35046 |

**4. Applicant is**
[ ] Individual [ ] Partnership [X] Corporation

**5. Legal Owner of Business**
HAROLD PIERCE & DOYLE PIERCE + Robert Pierce

**6. Tax ID or Social Security Number**
63-1269324

**7. Business is** [ ] Taxi [ ] Bus Private [ ] Bus Public [X] Trucking Private [ ] Trucking Contract [ ] Trucking for Hire [ ] Other

**8. It Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific) -**
SAND, GRAVEL, ROCK,

**Approx Value Per Load**

**Is vehicle used to haul explosives?** [ ] Yes [X] No

**Is vehicle used to transport employees?** [ ] Yes [X] No

**9. Total number of vehicles owned and/or operated by Applicant**

| | |
|---|---|
| _____ Taxis | _____ Tractors |
| _____ Buses | _____ Semitrailers |
| _____ Trucks | |

**10. Is Equipment lent, leased or rented to/or from others?**
If YES, give unit numbers and details.
[ ] Yes [X] No

**11. Does Applicant have other Commercial Liability Insurance in force?** [ ] Yes [X] No   If YES, give Company, number of units covered, limits and details.

**12. Liability Coverage**
Limits Desired

**A. Bodily Injury**
n/a ,000/ n/a ,000

**B. Property Damage**
n/a ,000   -OR-

**Combined Single Limits**
$1,000, ,000

**13.**
## LIABILITY INFORMATION FOR FILINGS

| Filings Required | Docket or Permit Number | Applicant's Name and Address exactly as it appears on each Permit. |
|---|---|---|
| N/A | | |

JUN 2 2 2001

**FHWA Docket #: MC**              **US DOT #:**

### THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED

**14. Who was your insurance carrier last year?**
NONE

**15. Who were your insurance carriers for 2 years before that?**
HARLEYSVILLE

**16. Have you ever had insurance for this type of operation cancelled, declined or renewal refused?** dates and reason for cancellation or refusal.   [ ] Yes [X] No   If YES, give name of Insurance Companies.

**17. Have you ever had insurance with Canal?** [X] Yes [ ] No   If YES, give Policy Number A289014, A266890, A207499

**18.**
## LIABILITY

| Show Policy Periods For Past Three Years From | TO | Number of Accidents | TOTAL AMOUNT CLAIMS PAID Bodily Injury | Property Damage | TOTAL AMOUNT UNSETTLED CLAIMS Bodily Injury | Property Damage |
|---|---|---|---|---|---|---|
| 7/00 | 6/01 | 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 7/1/99 | 7/1/00 | 9 | $ 8000 | $ 0 | $ 16000 | $ 0 |
| 7/1/98 | 7/1/99 | 6 | $ 0 | $ 6856 | $ 0 | $ 1600 |

**19.**
## PHYSICAL DAMAGE

| Show Policy Periods For Past Three Years From | TO | Number of Accidents | TOTAL AMOUNT CLAIMS PAID Collision | Fire & Theft | TOTAL AMOUNT UNSETTLED CLAIMS Collision | Fire & Theft |
|---|---|---|---|---|---|---|
| 7/00 | 6/01 | 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 7/1/99 | 7/1/00 | 1 | $ 1990 | $ 0 | $ 0 | 0 |
| 7/1/98 | 7/1/99 | | $ 0 | $ 0 | $ 0 | 0 |

**20. Desired Effective Date of Policy**
Month JUNE Day 5 Year 2001 Hour 12:01 [X] a.m. [ ] p.m.

**21. Expiration Date**
until cancelled

**22. Total Premium**
$2962

**23. Terms of Payment:** [ ] Full payment or
_____ installments of $_____ and down payment of $_____ o
[X] Until Cancelled monthly billing.   Amount enclosed: $_____

### REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA

In accordance with the provisions of 32-7-23 (a) of the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) does hereby reject such insurance, being the insurance provided for protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

Form E-64

**Signature of Insured**   X

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on the application and signed by me, shall become a part of the policy.

Date Application Completed 6/5/01

Signature of Applicant   Robert Pierce

**Signature of Agent of Applicant**

X Address of Agent   P. O. BOX 360027, Birmingham, AL 35236

Form A-101 AL

### THIS IS NOT A BINDER

(Rev. 4-1999)

## SCHEDULE OF EQUIPMENT AND RATING INFORMATION

| Item or Unit Number | Year Model | Trade Name and Kind of Vehicle (1) | Motor/Serial Number | Terminal Location | Capacity Tons Gallons Passengers | Radius Max. Miles | Date Purchase | If Used, Purchase Price | Desired Amt of Insurance (2) | Deductible All Perils | Computed Premium Liability | Phys. Dmg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2000 | Kenworth DT | INKWLB0X4Y18-45982 | CLANTON,AL | 150 | | | | 90000 | 1,000. | 3328 | 3150 |
| 2 | 2000 | Kenworth DT | INKWLB0X6Y1845983 | CLANTON,AL | 150 | | | | 90000 | 1,000 | 3328 | 3150 |
| 3 | 2000 | Kenworth DT | INKWLB0X4Y1847702 | CLANTON,AL | 150 | | | | 90000 | 1,000 | 3328 | 3150 |
| 4 | 1993 | International | 1HTSDPNM5PH508786 | CLANTON,AL | 150 | | | | NONE | NONE | 3328 | NONE |
| | | Flatbed Truck | | | | | | | | | | |

**NOTES:** (1) Specify whether straight truck, tractor, semitrailer, trailer, bus, taxi, etc. Describe each semitrailer directly under the tractor with which it is used.
(2) Coverage written on actual cash value basis only, not to exceed this stated amount. Comprehensive coverage not written on commercial vehicles.

| ADDT'L INSD | ROBERT EDWARD PIERCE DBA |
|---|---|
| UNITS 1,2,3 | R.E.P. TRUCKING |
| | P.O. BOX 2411 |
| | CLANTON, AL 35046 |

Total Premium | 22962

Reason for SR-22 Filing: 200

## LIST ALL DRIVERS OF INSURED VEHICLES

| Driver's Name | Social Security Number | Date of Birth Mo. Day Year | Drivers License State | Drivers License Number | No. of Violations and Accidents Past 3 Years | (A) SR-22 Required? (a) State |
|---|---|---|---|---|---|---|
| JACKIE WAYNE COGGINS | | 04/05/56 | AL 3409266 | | 2 | 0 |
| ALLEN REESE COGGINS | | 03/24/60 | AL 3940519 | | 0 | 0 |
| DERRICK ARGO | | 08/22/77 | AL 6519145 | | 2 | 0 |
| CHRIS CAMPBELL (TRUCK) | | 06/03/72 | AL 6989588 | | 0 | 0 |
| TIMOTHY DOYLE PIERCE (TRUCK) | | 12/12/74 | AL 5983768 | | 0 | 0 |
| ROBERT EDWARD PIERCE | | 07/19/71 | AL 5566672 | | 3 | 0 |
| JOHN HAROLD PIERCE | | 11/12/34 | AL 3252468 | | 0 | 0 |
| DOYLE HIRAM PIERCE | | 03/31/44 | AL 2091379 | | 1 | 0 |

## LOSS PAYEES ≠ Additional Insured (lease purchased vehicles)

| Item or Unit Number of Applicable Vehicles | Name of Loss Payee | Complete Address |
|---|---|---|
| 1 | ORIX CREDIT ALLIANCE, INC. | 9300 SHELBYVILLE RD., S#910, LOUISVILLE, KY 40222 |
| 2 & 3 | CONSECO FINANCE, ATTN: TOMICA RAMSEY | 332 MINNESOTA STREET, S#500W, ST. PAUL, MN 55101 |

# CANAL INSURANCE COMPANY
## Bodily Injury and Property Damage Liability
## IDENTIFICATION CARD

POLICY NUMBER          EFFECTIVE DATE          EXPIRATION DATE

YEAR          MAKE/MODEL          VEHICLE IDENTIFICATION NUMBER

NAME OF INSURED

AGENT

— — — — — — FOLD HERE — — — — — —

## IN CASE OF ACCIDENT

1. **Obtain identity of persons involved and names and addresses of any witnesses.**

2. **Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.**

3. **Notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) at once. If there are injuries, call (800) 452-6911, weekdays between 8:30 AM and 5:00 PM (Eastern Time).**

4. **Weekends, holidays and after 5:00 PM weekdays, call (800) 241-2541.**

**This card must be carried in the vehicle at all times.**

Form ID-1                              (Rev. 5-2000)

# FORM F

## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

1. The certification of the policy, as proof of financial responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

2. The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated below hereof.

3. This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of Policy No. _____ 373516 _____

issued by _____ Canal Insurance Company _____ , herein called

Company, of _____ Greenville, South Carolina _____

to _____ PIONEER HAULERS, LLC. _____

of _____ P O BOX 2411 CLANTON, AL 35046 _____

Dated at _____ BIRMINGHAM, AL 35232 _____ this _____ 5th _____ day of _____ February _____ 20 03 _____

Countersigned by _____ ALABAMA PUBLIC AUTO INS AGCY LIC# A043008 _____

Authorized Representative

| X - - INDICATES STATE COMMISSIONS WITH WHOM UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE HAS BEEN FILED. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALABAMA | X | HAWAII | | MICHIGAN | | NORTH CAROLINA | | UTAH |
| ALASKA | | IDAHO | | MINNESOTA | | NORTH DAKOTA | | VERMONT |
| ARIZONA | | ILLINOIS | | MISSISSIPPI | | OHIO | | VIRGINIA |
| ARKANSAS | | INDIANA | | MISSOURI | | OKLAHOMA | | WASHINGTON |
| CALIFORNIA | | IOWA | | MONTANA | | OREGON | | WEST VIRGINIA |
| COLORADO | | KANSAS | | NEBRASKA | | PENNSYLVANIA | | WISCONSIN |
| CONNECTICUT | | KENTUCKY | | NEVADA | | RHODE ISLAND | | WYOMING |
| DELAWARE | | LOUISIANA | | NEW HAMPSHIRE | | SOUTH CAROLINA | | |
| DISTRICT OF COLUMBIA | | MAINE | | NEW JERSEY | | SOUTH DAKOTA | | |
| FLORIDA | | MARYLAND | | NEW MEXICO | | TENNESSEE | | |
| GEORGIA | | MASSACHUSETTS | | NEW YORK | | TEXAS | | |

MC1632 (Ed. 6-71)

IRB 3538 A
010086786

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| | | | |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type  Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 5 | 1997 KENWORTH DUMP TRUCK  1NKDLBOX5VR754241 | 150 | CLANTON, AL | 3,328.00 |

PR

ADDITIONAL PREMIUM: __SEE BELOW__    RETURN PREMIUM: _____

6/20/2001 - 7/1/2001 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX __102.00__    ESCROW DEPOSIT _____554.00_____
The remaining __monthly__ installments due will change by __277.00__ from __1,108.00__
to __1,385.00__ beginning with the Installment due __7/1/2001__

Policy Number __373516__    Endorsement Effective Time XXXXXX 1:46 PM    Endorsement Effective Date __06/20/2001__

Insured __PIONEER HAULERS, LLC.__    Expiration Date __Until Cancelled__

Issue Date __06/29/2001__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

04 CHARGED    JUL 11 200 **Canal Insurance Company**

Greenville, South Carolina

_LBH_
_7-5-01_

Form E-3L    (Rev. 4-1994)
010084754

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
|  |  |  |  |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type<br>Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 6 | ~~1990 FREIGHTLINER TRACTOR~~<br>1FUYDCYB8LP384712 | 150 | CLANTON, AL | 3,328.00 |
| 7 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150 | CLANTON, AL | 330.00 |

ADDITIONAL PREMIUM: 200.00          RETURN PREMIUM: _____

08/29/2001 - 10/01/2001  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX  335.00                ESCROW DEPOSIT  610.00
The remaining __monthly__ installments due will change by __305.00__ from __1,385.00__
to __1,690.00__ beginning with the Installment due __10/01/2001__

Policy Number  373516     Endorsement Effective Time XXXXXXX 1:16 PM    Endorsement Effective Date 08/29/2001

Insured  PIONEER HAULERS, LLC.                              Expiration Date  Until Cancelled

Issue Date  09/06/2001  Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-3L

OK CHARGED  SEP 1 9 2001

(Rev. 4-1994)

010085077

# Change of Vehicle Endorsement – Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| | | | |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type<br>Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 8 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150 | CLANTON, AL | 3,328.00 |

ADDITIONAL PREMIUM: **SEE BELOW**      RETURN PREMIUM: _____

Breakdown for policies under installment premium payment plan:

9/14/2001 - 12/1/2001

XXXXXXXXXXXXX ___711.00_____      ESCROW DEPOSIT ___554.00_____

The remaining __monthly__ installments due will change by ___277.00_____ from __1,690.00___

to ___1,967.00____ V _____ beginning with the Installment due ___12/1/2001____

Policy Number ___373516_____  Endorsement Effective Time XXXXXXX _2:38 PM__  Endorsement Effective Date _09/14/2001_

Insured _PIONEER HAULERS, LLC._                                    Expiration Date _Until Cancelled_

Issue Date __11/12/2001_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Greenville, South Carolina

Form E-3L    CHG BY UPL    NOV 1 4 2001      (Rev. 4-1994)

010080172

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| | | | |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type  Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 9 | 1997 KENWORTH DUMP TRUCK  1NKD1B0X1UR754138 | 150 | CLANTON, AL | 3,695.00 |

PR 1

ADDITIONAL PREMIUM: __SEE BELOW__      RETURN PREMIUM: _____

6/11/2002 - 8/1/2002 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX __513.00_____      ESCROW DEPOSIT _____616.00_____
The remaining __monthly___ installments due will change by __308.00_____ from__2,184.00_____
to___2,492.00_____ beginning with the Installment due ___8/1/2002_____

Policy Number ___373516_____   Endorsement Effective Time XXXXXXX __9:27 AM____   Endorsement Effective Date __06/11/2002__

Insured _PIONEER HAULERS, LLC._____      Expiration Date _Until Cancelled_

Issue Date __07/03/2002_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

CHG BY UPL   JUL 0 5 2002

# Canal Insurance Company

Greenville, South Carolina

Form E-3L

(Rev. 4-1994)

010081000

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| 6 | 1990 FREIGHTLINER TRACTOR | 1FUYDCYB8LP384712 | -3,658.00 |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type  Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| | | | | |

PR 1 -

ADDITIONAL PREMIUM: _____          RETURN PREMIUM:  __SEE BELOW__

6/26/2002 - 8/1/2002 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXXX   -356.00          ESCROW DEPOSIT  _____-610.00_____
The remaining __monthly__ installments due will change by __-305.00__ from __2,492.00__
to ____2,187.00_____ beginning with the Installment due ____8/1/2002____

Policy Number __373516___    Endorsement Effective Time XXXXXXX 4:16 PM    Endorsement Effective Date _06/26/2002_

Insured _PIONEER HAULERS, LLC._                          Expiration Date _Until Cancelled_

Issue Date _07/03/2002_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

CHG BY UPL

JUL 0 5 2002

Greenville, South Carolina

Form E-3L

(Rev. 4-1994)

010081000

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| 8 | 1990 FREIGHTLINER TRACTOR | 1FUYDCYB6LP371179 | -3,658.00 |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type  Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 11 | 1990 FREIGHTLINER TRACTOR  1GUYDCY88LP384712 | 150 | CLANTON, AL | 3,658.00 |

PR 1

ADDITIONAL PREMIUM:   NO CHANGE          RETURN PREMIUM:   NO CHANGE

| Breakdown for policies under installment premium payment plan: |
|---|
| DOWNPAYMENT _____    ESCROW  DEPOSIT _____  The remaining _____ installments due will change by _____ from _____  to_____ beginning with the Installment due _____ |

Policy Number __373516_____    Endorsement Effective Time ~~XXXXXXX~~ 10:42 AM___  Endorsement Effective Date _12/30/2002_

Insured _PIONEER HAULERS, LLC._____    Expiration Date _Until Cancelled_

Issue Date __01/03/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-3L                                    (Rev. 4-1994)

CHG BY UPL   JAN 0 7 2003                     010086538

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type Motor Vehicle Identification # (VIN) | Radius (miles) Garage Location Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ845982 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 2.0 | 2000 KW DUMP TRUCK 1NKWLB0X6YJ845983 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 3.0 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ847702 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK 1HTSDPNM5PH508786 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 CLANTON, AL ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |

Policy Number ___373516_____    Filings __NO___    Summary Issue Date ___06/20/2001___

Insured  PIONEER HAULERS, LLC.                                    Expiration Date __UNTIL CANCELLED__

Issuing Agent  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

010084754

# Status Summary Sheet                                    **Liability**

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ845982 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 2.0 | 2000 KW DUMP TRUCK  1NKWLB0X6YJ845983 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 3.0 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ847702 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK  1HTSDPNM5PH508786 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK  1NKDLBOX5VR754241 | 150  CLANTON, AL  ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR  1FUYDCYB8LP384712 | 150  CLANTON, AL  ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 7.0 | 1992 EAST DUMP TRAILER  1E1F9S286NRK12972 | 150  CLANTON, AL  ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 | 28.00 /  330.00 |

Policy Number ___373516___                    Filings __NO__     Summary Issue Date ___08/29/2001___

Insured  PIONEER HAULERS, LLC.                                    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

010085077

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 2.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 3.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK<br>1NKDLB0X5VR754241 | 150<br>CLANTON, AL<br>ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 6.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 6.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 7.0 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 | 28.00 /<br>330.00 |
| 8.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>ADDED 9/14/01 2:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date ___08/29/2001___

Insured __PIONEER HAULERS, LLC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

010080243

# Status Summary Sheet                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 2.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 3.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX5VR754241 | 150<br>CLANTON, AL<br>ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 7.0 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 | 28.00 /<br>330.00 |
| 8.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>ADDED 9/14/01 2:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date __09/14/2001__

Insured __PIONEER HAULERS, LLC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

010080172

# Status Summary Sheet                                                 Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ845982 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 1.1 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ845982 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 1.2 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ845982 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 308.00 / 3,695.00 |
| 2.0 | 2000 KW DUMP TRUCK 1NKWLB0X6YJ845983 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 2.1 | 2000 KW DUMP TRUCK 1NKWLB0X6YJ845983 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 2.2 | 2000 KW DUMP TRUCK 1NKWLB0X6YJ845983 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 308.00 / 3,695.00 |
| 3.0 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ847702 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 3.1 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ847702 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 3.2 | 2000 KW DUMP TRUCK 1NKWLB0X4YJ847702 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 308.00 / 3,695.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK 1HTSDPNM5PH508786 | 150 CLANTON, AL | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 4.1 | 1993 INTERNATIONAL TRUCK 1HTSDPNM5PH508786 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |

Policy Number ___373516___    Filings _NO_    Summary Issue Date __06/05/2002__

Insured  PIONEER HAULERS, LLC.                                          Expiration Date __UNTIL CANCELLED__

Issuing Agent  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

1 of 3

Form E-69Ls

(Rev. 6-1998)

010080963

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 4.2 | 1993 INTERNATIONAL TRUCK 1HTSDPNM5PH508786 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 308.00 / 3,695.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 CLANTON, AL ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 5.1 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 5.2 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 308.00 / 3,695.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 6.1 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 6.2 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 6.3 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 6.4 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 305.00 / 3,658.00 |
| 7.0 | 1992 EAST DUMP TRAILER 1E1F9S286NRK12972 | 150 CLANTON, AL ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 | 28.00 / 330.00 |
| 7.1 | 1992 EAST DUMP TRAILER 1E1F9S286NRK12972 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | -28.00 / -330.00 |

Policy Number ___373516___     Filings ___NO___     Summary Issue Date ___06/05/2002___

Insured __PIONEER HAULERS, LLC.__

Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

### Greenville, South Carolina

Form E-69Ls

2 of 3

(Rev. 6-1998)

010080963

# Status Summary Sheet

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 7.2 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | 34.00 /<br>404.00 |
| 8.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>ADDED 9/14/01 2:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 8.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 8.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |

Policy Number ___373516___      Filings __NO__      Summary Issue Date ___06/05/2002___

Insured __PIONEER HAULERS, LLC.__

Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

### Greenville, South Carolina

Form E-69Ls

3 of 3

(Rev. 6-1998)

010080963

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 1.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 1.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 2.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 2.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 2.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 3.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 3.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 3.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 4.1 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date ___06/11/2002___

Insured __PIONEER HAULERS, LLC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

1 of 3

Form E-69Ls

(Rev. 6-1998)

010081000

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 4.2 | 1993 INTERNATIONAL TRUCK  1HTSDPNM5PH508786 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | 308.00 /  3,695.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK  1NKDLBOX5VR754241 | 150  CLANTON, AL  ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 5.1 | 1997 KENWORTH DUMP TRUCK  1NKDLBOX5VR754241 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | -277.00 /  -3,328.00 |
| 5.2 | 1997 KENWORTH DUMP TRUCK  1NKDLBOX5VR754241 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | 308.00 /  3,695.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR  1FUYDCYB8LP384712 | 150  CLANTON, AL  ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 6.1 | 1990 FREIGHTLINER TRACTOR  1FUYDCYB8LP384712 | 150  CLANTON, AL  MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000  UM 20/40 | -277.00 /  -3,328.00 |
| 6.2 | 1990 FREIGHTLINER TRACTOR  1FUYDCYB8LP384712 | 150  CLANTON, AL  MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 6.3 | 1990 FREIGHTLINER TRACTOR  1FUYDCYB8LP384712 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | -277.00 /  -3,328.00 |
| 6.4 | 1990 FREIGHTLINER TRACTOR  1FUYDCYB8LP384712 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | 305.00 /  3,658.00 |
| 7.0 | 1992 EAST DUMP TRAILER  1E1F9S286NRK12972 | 150  CLANTON, AL  ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 | 28.00 /  330.00 |
| 7.1 | 1992 EAST DUMP TRAILER  1E1F9S286NRK12972 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | -28.00 /  -330.00 |

Policy Number ___373516___ Filings ___NO___ Summary Issue Date ___06/11/2002___

Insured __PIONEER HAULERS, LLC.__

Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

### Greenville, South Carolina

2 of 3

Form E-69Ls

(Rev. 6-1998)

010081000

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 7.2 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | 34.00 /<br>404.00 |
| 8.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>ADDED 9/14/01 2:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 8.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 8.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |
| 9.0 | 1997 KENWORTH DUMP TRUCK<br>1NKD1B0X1UR754138 | 150<br>CLANTON, AL<br>ADDED 6/11/02 9:27 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date ___06/11/2002___

Insured __PIONEER HAULERS, LLC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
## Greenville, South Carolina

3 of 3

Form E-69Ls

(Rev. 6-1998)

010081000

# Status Summary Sheet                                          Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 1.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 1.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 2.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 2.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 2.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 3.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 3.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 3.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 4.1 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |

Policy Number ___373516___          Filings __NO__     Summary Issue Date __06/26/2002__

Insured  PIONEER HAULERS, LLC.                                Expiration Date  UNTIL CANCELLED

Issuing Agent  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

1 of 3

Form E-69Ls

(Rev. 6-1998)

010081000

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 4.2 | 1993 INTERNATIONAL TRUCK 1HTSDPNM5PH508786 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 308.00 / 3,695.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 CLANTON, AL ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 5.1 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 5.2 | 1997 KENWORTH DUMP TRUCK 1NKDLBOX5VR754241 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 308.00 / 3,695.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 6.1 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 6.2 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 UM 20/40 | 277.00 / 3,328.00 |
| 6.3 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | -277.00 / -3,328.00 |
| 6.4 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 UM 20/40 | 305.00 / 3,658.00 |
| 6.5 | 1990 FREIGHTLINER TRACTOR 1FUYDCYB8LP384712 | 150 CLANTON, AL DELETED 6/26/02 4:16 PM | CSL/SPLIT 1,000,000 UM 20/40 | -305.00 / -3,658.00 |
| 7.0 | 1992 EAST DUMP TRAILER 1E1F9S286NRK12972 | 150 CLANTON, AL ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 | 28.00 / 330.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date __06/26/2002__

Insured __PIONEER HAULERS, LLC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

### Greenville, South Carolina

2 of 3

Form E-69Ls

(Rev. 6-1998)

010081000

# Status Summary Sheet                                                      Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 7.1 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | -28.00 /<br>-330.00 |
| 7.2 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | 34.00 /<br>404.00 |
| 8.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>ADDED 9/14/01 2:38<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 8.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 8.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |
| 9.0 | 1997 KENWORTH DUMP TRUCK<br>1NKD1B0X1UR754138 | 150<br>CLANTON, AL<br>ADDED 6/11/02 9:27<br>AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |

Policy Number ___373516_____    Filings __NO___    Summary Issue Date ___06/26/2002_____

Insured  PIONEER HAULERS, LLC._____    Expiration Date __UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls                                                              (Rev. 6-1998)

010081000

# Status Summary Sheet                                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ845982 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 1.1 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ845982 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | -277.00 /  -3,328.00 |
| 1.2 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ845982 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | 308.00 /  3,695.00 |
| 2.0 | 2000 KW DUMP TRUCK  1NKWLB0X6YJ845983 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 2.1 | 2000 KW DUMP TRUCK  1NKWLB0X6YJ845983 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | -277.00 /  -3,328.00 |
| 2.2 | 2000 KW DUMP TRUCK  1NKWLB0X6YJ845983 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | 308.00 /  3,695.00 |
| 3.0 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ847702 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 3.1 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ847702 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | -277.00 /  -3,328.00 |
| 3.2 | 2000 KW DUMP TRUCK  1NKWLB0X4YJ847702 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | 308.00 /  3,695.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK  1HTSDPNM5PH508786 | 150  CLANTON, AL | CSL/SPLIT 1,000,000  UM 20/40 | 277.00 /  3,328.00 |
| 4.1 | 1993 INTERNATIONAL TRUCK  1HTSDPNM5PH508786 | 150  CLANTON, AL  MODIFIED 6/5/02 | CSL/SPLIT 1,000,000  UM 20/40 | -277.00 /  -3,328.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date ___09/09/2002___

Insured  PIONEER HAULERS, LLC.                                    Expiration Date  UNTIL CANCELLED

Issuing Agent  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
Greenville, South Carolina

1 of 3

Form E-69Ls                                                      (Rev. 6-1998)

010085914

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 4.2 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX5VR754241 | 150<br>CLANTON, AL<br>ADDED 6/20/01 1:46 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 5.1 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX5VR754241 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 5.2 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX5VR754241 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 6.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 6.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 6.3 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 6.4 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |
| 6.5 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>DELETED 6/26/02 4:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -305.00 /<br>-3,658.00 |
| 7.0 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16 PM | CSL/SPLIT 1,000,000 | 28.00 /<br>330.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date ___09/09/2002___

Insured __PIONEER HAULERS, LLC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

### Greenville, South Carolina

2 of 3

Form E-69Ls

(Rev. 6-1998)

010085914

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 7.1 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | -28.00 /<br>-330.00 |
| 7.2 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | 34.00 /<br>404.00 |
| 8.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>ADDED 9/14/01 2:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 8.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 8.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |
| 9.0 | 1997 KENWORTH DUMP TRUCK<br>1NKD1B0X1UR754138 | 150<br>CLANTON, AL<br>ADDED 6/11/02 9:27 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 10.0 | 1990 KENWORTH TRACTOR<br>1NKDL20XXLJ549218 | 150<br>CLANTON, AL<br>ADDED 9/9/02 9:37 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |

Policy Number ___373516___    Filings __NO__    Summary Issue Date __09/09/2002__

Insured __PIONEER HAULERS, LLC.__

Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

3 of 3

(Rev. 6-1998)

010085914

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 1.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 1.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 1.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ845982 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 2.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 2.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 2.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X6YJ845983 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 3.0 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 3.1 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 3.2 | 2000 KW DUMP TRUCK<br>1NKWLB0X4YJ847702 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 4.0 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 4.1 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |

Policy Number __373516__    Filings __NO__    Summary Issue Date __12/30/2002__

Insured __PIONEER HAULERS, LLC.__                          Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

1 of 3

(Rev. 6-1998)

010086538

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 4.2 | 1993 INTERNATIONAL TRUCK<br>1HTSDPNM5PH508786 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 5.0 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX5VR754241 | 150<br>CLANTON, AL<br>ADDED 6/20/01 1:46<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 5.1 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX5VR754241 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 5.2 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX5VR754241 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 6.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 6.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 8/29/01<br>1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 6.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 8/29/01<br>1:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 6.3 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 6.4 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |
| 6.5 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB8LP384712 | 150<br>CLANTON, AL<br>DELETED 6/26/02<br>4:16 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -305.00 /<br>-3,658.00 |
| 7.0 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>ADDED 8/29/01 1:16<br>PM | CSL/SPLIT 1,000,000 | 28.00 /<br>330.00 |

Policy Number ___373516_____    Filings __NO___    Summary Issue Date ___12/30/2002_____

Insured __PIONEER HAULERS, LLC._____    Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company

Greenville, South Carolina

2 of 3

Form E-69Ls

(Rev. 6-1998)

010086538

# Status Summary Sheet                                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 7.1 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | -28.00 /<br>-330.00 |
| 7.2 | 1992 EAST DUMP TRAILER<br>1E1F9S286NRK12972 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000 | 34.00 /<br>404.00 |
| 8.0 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>ADDED 9/14/01 2:38<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 277.00 /<br>3,328.00 |
| 8.1 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -277.00 /<br>-3,328.00 |
| 8.2 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>MODIFIED 6/5/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |
| 8.3 | 1990 FREIGHTLINER TRACTOR<br>1FUYDCYB6LP371179 | 150<br>CLANTON, AL<br>DELETED 12/30/02<br>10:42 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -305.00 /<br>-3,658.00 |
| 9.0 | 1997 KENWORTH DUMP TRUCK<br>1NKD1B0X1UR754138 | 150<br>CLANTON, AL<br>ADDED 6/11/02 9:27<br>AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 308.00 /<br>3,695.00 |
| 10.0 | 1990 KENWORTH TRACTOR<br>1NKDL20XXLJ549218 | 150<br>CLANTON, AL<br>ADDED 9/9/02 9:37 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |
| 11.0 | 1990 FREIGHTLINER TRACTOR<br>1GUYDCY88LP384712 | 150<br>CLANTON, AL<br>ADDED 12/30/02<br>10:42 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 305.00 /<br>3,658.00 |

Policy Number ___373516_____   Filings __NO___   Summary Issue Date ___12/30/2002_____

Insured  PIONEER HAULERS, LLC.                                    Expiration Date  UNTIL CANCELLED

Issuing Agent  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

3 of 3

Form E-69Ls                                                            (Rev. 6-1998)

010086538

# CANAL
INSURANCE COMPANY

# CONTINUATION NOTICE

April 11, 2002

**POLICY NUMBER:**    373516        Liability

**INSURED:**    PIONEER HAULERS, LLC.

**TO:**    ALABAMA  PUBLIC  AUTO  INSURANCE

The above policy anniversary date is    6/5/02    .

1. ☐    Continuation will be on the same basis as written.

2. ☒    Effective the anniversary, please amend the premium as follows:

$1,000,000 CSL
$3,670 PER TRUCK NOT INCLUDING UM
$4,037 PER TRACTOR TRAILER NOT INCLUDING UM

3. ☒    The following is required to update our file:

Endorsement extending Addn Ins and charging annual fully earned premium..

MVRs on new drivers.

DENAN PORTERFIELD
Underwriting Department

P.S. Attached find copy of loss run for your review.

Form D-74

# NOTICE OF CANCELLATION

| | |
|---|---|
| **Insurance Company** | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | **LIABILITY** |
| Policy No. | 373516 | Effective: 06/05/2001 |

| | |
|---|---|
| **Name and Address of Insured** | PIONEER HAULERS, LLC.<br>P O BOX 2411<br>CLANTON, AL 35046 |

Cancellation will take effect at:
03/12/2002                     12:01 A.M.
(Date)          (Hour-Standard Time at Insured's Address)

Date of Mailing:   02/25/2002

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:   CARIBOU INSURANCE AGENCY INC

You are hereby notified in accordance with the terms and con...
accordance with law, that your insurance will cease at and fro...
premium, if any, will be refunded as soon as practicable by th...
cancellation can be rescinded only by written notice to you si...

**REASON FOR CANCELLATION:  INSURED'S REQUEST -**

THIS POLICY HAS BEEN CANCELLED FOR NON-PAYMENT OF THE PREMIUM WHICH WAS DUE _2-1-02_ .

IF YOU WISH TO REINSTATE THE POLICY WE MUST RECEIVE $ _3934_ (TWO MONTHLY PAYMENTS) PLUS A LATE FEE OF $25.00 BEFORE _3-12-02_

TOTAL DUE $ _3959_

| | |
|---|---|
| **Agent of Insured** | CARIBOU INSURANCE AGENCY INC<br>PO BOX 360027<br>BIRMINGHAM AL 35236 |

*Estelle E. Smith*
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| | |
|---|---|
| **General Agent** | ALABAMA PUBLIC AUTO INS AGCY LIC#A043008<br>PO BOX 321215<br>BIRMINGHAM, AL 35232 |

Authorized Representative

Form P-58-a                     General Agent Copy                     (Rev. 2-1999)

INSURED:

PIONEER HAULERS, LLC.
P O BOX 2411
CLANTON, AL 35046

# NOTICE OF REINSTATEMENT

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373516 | 03/12/2002 | 03/12/2002 | 03/12/2002 |

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232

SP/ 03/12/2002  *Estelle E. Smith*

Authorized Representative

City License Authority or Loss Payee:

# CANAL INSURANCE
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

Form D-8

Agent Copy

Notice sent to:

*ADD. INSURED  -  ORIX CREDIT ALLIANCE, INC. - 9300 SHELBYVILLE RD., S#910 - LOUISVILLE, KY 40222
*ADD. INSURED  -  CONSECO FINANCE - 332 MINNESOTA STREET - S#500W - SAINT PAUL, MN 55101
*ADD. INSURED  -  SHELBY REDI-MIX INC - P O BOX 2095 - CLANTON, AL 35045
*ADD. INSURED  -  ROBERT EDWARD PIERCE DBA R.E.P. TRUCKING - P O BOX 2411 - CLANTON, AL 35046
E1 FULLY EARNED PREM  -  -  -

**NOTICE OF CANCELLATION**

Insurance Company
CANAL INSURANCE COMPANY
P.O. BOX 7
GREENVILLE SC 29602

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No.  37,3516 | Effective: 06/05/01 |

Name and Address of Insured
PIONEER HAULERS, LLC.
P O BOX 2411
CLANTON AL 35046

Cancellation will take effect at:
04/08/03          12:01 A.M.
(Date)          (Hour-Standard Time at Insured's Address)

Date of Mailing:          03/03/03

Issued through Agency or Office at:  GREENVILLE, SC

Agent of Insured: CARIBOU INSURANCE AGENCY INC

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.  The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased.  This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:
INSURED'S REQUEST - NONPAYMENT OF PREMIUM TO GENERAL AGENT

Agent of Insured
CARIBOU INSURANCE AGENCY INC
PO BOX 360027
BIRMINGHAM AL 35236

_Linda J. Hogan_
Authorized Representative
Linda J. Hogan  /DB/   3/3/03

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Authorized Representative

General Agent
ALABAMA PUBLIC AUTO INS AGCY
PO BOX 321215
BIRMINGHAM AL 35232-1215

Form D-58                    HOC Set                    FILINGS          (Rev. 2-1999)

Policy Number:    3793010

Insured Name:    PIONEER HAULERS, LLC.

I hereby certify that I personally caused to be mailed in the U.S. Post Office at Greenville, SC on the Date of Mailing above at 10:25 AM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed: _____

Notices sent to: (* denotes Certificate of Mailing;  ** denotes Certified Mail)

    *PIONEER HAULERS, LLC., P O BOX 2411, CLANTON, AL 35046
     ALABAMA PUBLIC AUTO INS AGCY , PO BOX 321215, BIRMINGHAM, AL 35232-1215
     CARIBOU INSURANCE AGENCY INC, PO BOX 360027, BIRMINGHAM, AL 35236
    *ADD. INSURED  -  ROBERT EDWARD PIERCE DBA R.E.P. TRUCKING, PO BOX 2411, CLANTON, AL 35046
    *ADD. INSURED  -  ORIX CREDIT ALLIANCE INC, 9300 SHELBYVILLE RD. S#910, LOUISVILLE, KY 40222
    *ADD. INSURED  -  CONSECO FINANCE, 332 MINNESOTA STREET, S#500W, SAINT PAUL, MN 55101
    *ADD. INSURED  -  SHELBY REDI-MIX INC, PO BOX 2095, CLANTON, AL 35045

Form D-58

(Rev. 2-1999)

# NOTICE OF CANCELLATION

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>P.O. BOX 7<br>GREENVILLE SC 29602 |

| | |
|---|---|
| Kind of Policy: | , LIABILITY |
| Policy No. 373516 | Effective: 06/05/01 |

| | | |
|---|---|---|
| Name and<br>Address<br>of Insured | PIONEER HAULERS, LLC.<br>P O BOX 2411<br>CLANTON AL 35046 | |

| | |
|---|---|
| Cancellation will take effect at:<br>04/08/03      12:01 A.M.<br>(Date)     (Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | 03/03/03 |
| Issued through Agency or Office at: | GREENVILLE, SC |
| Agent of Insured: | CARIBOU INSURANCE AGENCY INC |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent<br>of<br>Insured | CARIBOU INSURANCE AGENCY INC<br>PO BOX 360027<br>BIRMINGHAM AL 35236 |

_Linda J. Hogan_
Authorized Representative
Linda J. Hogan /DB/  3/3/03

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Authorized Representative

SHELBY REDI-MIX INC
PO BOX 2095
CLANTON AL 35045

Attach

| | | | |
|---|---|---|---|
| Form D-58 | ADDITIONAL INSURED | 3rd Party Copy | (Rev. 2-1999) |







*Canal Insurance Company*

P. O. BOX 7 · GREENVILLE, SOUTH CAROLINA · 29602

**Not Deliverable** as
addressed
Unable to forward.

**RETURN TO SENDER**

## SECTION B - AUTOMOBILE MEDICAL PAYMENT INSURANCE

**I. COVERAGE C - AUTOMOBILE MEDICAL PAY-MENTS:** The company will pay all reasonable **medical expense** incurred within one year from the date of the accident:

- **Division 1.** to or for each person who sustains **bodily injury**, caused by accident, while **occupying** a **designated automobile** which is being used by a person for whom **bodily injury** liability insurance is afforded under this policy with respect to such use;
- **Division 2.** to or for each **insured** who sustains **bodily injury**, caused by accident, while **occupying** or, while a pedestrian, through being struck by a **highway vehicle**.

**Exclusions:** This insurance does not apply:

(a) to **bodily injury** to any person or **insured** while employed or otherwise engaged in duties in connection with an **automobile business**, if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(b) to **bodily injury** due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(c) under Division 1, to **bodily injury** to any employee of the **named insured** arising out of and in the course of employment by the **named insured**, but this exclusion does not apply to any such **bodily injury** arising out of and in the course of domestic employment by the **named insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) under Division 2, to **bodily injury** sustained while **occupying** a **highway vehicle** owned by any **insured**, or furnished for the regular use of any **insured** by any person or organization other than the **named insured**.

**II. PERSONS INSURED - DIVISION 2:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) any person designated as **insured** in the schedule;

(b) while residents of the same household as such designated person, his spouse and the relatives of either;

and if such designated person shall die, any person who was an **insured** at the time of such death shall continue to be an **insured**.

**III. LIMIT OF LIABILITY:** Regardless of the number of (1) persons or organizations who are **insureds** under this policy, (2) persons who sustain **bodily injury**, (3) claims made or suits brought on account of **bodily injury**, or (4) **designated automobiles** to which this policy applies, the limit of liability for medical payments stated in the declarations as applicable to "each person" is the limit of the company's liability for all expenses

incurred by or on behalf of each person who sustains **bodily injury** as the result of any one accident.

When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

**IV. ADDITIONAL DEFINITIONS:** The additional definitions applicable to **automobile bodily injury** liability insurance also apply to this insurance; and when used in reference to this insurance (including endorsements forming a part of the policy):

"**designated automobile**" means an **automobile** designated in the schedule and includes:

(a) an **automobile** not owned by the **named insured** while temporarily used as a substitute for an **owned automobile** designated in the schedule when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction; and

(b) a trailer designed for use with a **private passenger automobile**, if not being used for business purposes with another type **automobile** and if not a home, office, store, display or passenger trailer;

"**highway vehicle**" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designated for use principally off public roads, while not upon public roads;

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle while located for use as a residence or premises;

"**medical expense**" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"**occupying**" means in or upon or entering into or alighting from.

**V. POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period within the policy territory.

**VI. ADDITIONAL CONDITIONS:**

**A. Medical Reports; Proof and Payment of Claim:** As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder

"**named insured**" means the person or organization named in Item 1 of the declarations of this policy;

"**occurrence**" means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;

"**policy territory**" means:
(1) the United States of America, its territories or possessions, or Canada, or
(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation;

"**property damage**" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period.

**VII. ADDITIONAL DEFINITIONS (Automobile Liability Insurance):** When used in reference to this insurance (including endorsements forming a part of the policy):

"**automobile business**" means the business or occupation of selling, repairing, servicing, storing or parking **automobiles**;

"**owned automobile**" means either
(a) an **automobile** which is owned by the **named insured** and described in the declarations; or
(b) an **automobile** ownership of which is newly acquired by the **named insured** during the policy period, provided
  (i) it replaces an **owned automobile** as defined in (a) above, or
  (ii) the company insures all **automobiles** owned by the **named insured** on the date of such acquisition and the **named insured** notifies the company within 30 days thereafter of his election to make this and no other policy issued by the company applicable to such **automobile** and pays any additional premium required therefor;
and "**owned automobile**" includes a **trailer** not described in this policy, if designed for use with a four wheel **private passenger automobile** and if not being used for business purposes with another type **automobile**;

"**private passenger automobile**" means a private passenger or station wagon type **automobile** and any **automobile** the **purpose of use** of which is stated in the declarations as **pleasure and business**;

"**temporary substitute automobile**" means an **automobile** not owned by the **named insured** or any resident of the same household, while temporarily used with the permission of the owner as a substitute for an **owned automobile** when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction;

"**trailer**" includes semi-trailer but does not include **mobile equipment**;

and as to "**purpose(s) of use**":

"**commercial**" means use principally in the business occupation of the **named insured** as stated in the declarations including occasional use for personal, pleasure, family and other business purposes;

"**pleasure and business**" means personal, pleasure, family and business use.

**VIII. ADDITIONAL CONDITIONS:**

**A. Other Insurance-Temporary Substitute and Newly Acquired Automobiles:** With respect to a **temporary substitute automobile**, this insurance shall be excess insurance over any other valid and collectible insurance available to the **insured**.
With respect to an **owned automobile** ownership of which is newly acquired by the **named insured** during the policy period and not described in the declarations, this insurance shall not apply if any other valid and collectible insurance is available to the **named insured**.

**B. Out of State Insurance:** If, under the provisions of the motor vehicle financial responsibility law or the motor vehicle compulsory insurance law or any similar law of any state or province, a non-resident is required to maintain insurance with respect to the operation or use of a motor vehicle in such state or province and such insurance requirements are greater than the insurance provided by the policy, the limits of the company's liability and kinds of coverage afforded by the policy shall be as set forth in such law, in lieu of the insurance otherwise provided by the policy, but only to the extent required by such law and only with respect to the operation or use of a motor vehicle in such state or province; provided that the insurance under this provision shall be reduced to the extent that there is other valid and collectible insurance under this or any other motor vehicle insurance policy. In no event shall any person be entitled to receive duplicate payments for the same elements of loss.

# Change o Vehicle Endorsement Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| | | | |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 10 | 1990 KENWORTH TRACTOR 1NKDL20XXLJ549218 | 150 | CLANTON, AL | 3,658.00 |

ADDITIONAL PREMIUM: __SEE BELOW__          RETURN PREMIUM: _____

| 9/9/02 - 10/1/02 | Breakdown for policies under installment premium payment plan: |
|---|---|

XXXXXXXXXXX ___224.00_____          ESCROW DEPOSIT ____610.00_____
The remaining __monthly__ installments due will change by __305.00__ from__2,187.00__
to ___2,492.00_____ beginning with the Installment due ____10/1/02_____

Policy Number ___373516_____    Endorsement Effective Time XXXXXXX 9:37 AM___    Endorsement Effective Date __09/09/2002__

Insured _PIONEER HAULERS, LLC._____    Expiration Date __Until Cancelled__

Issue Date ___09/30/2002 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

CHG BY UPL OCT 0 1 2002

# Canal Insurance Company

Greenville, South Carolina

Form E-3L

(Rev. 4-1994)

010085914