# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. |
| PIONEER HAULERS LLC, | ) | |
| PIONEERS UNLIMITED, INC., | ) | 2:06 CV 597-WHA |
| ROBERT PIERCE, SHELBY REDI-MIX, INC., and MARK D. COTTINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Canal Insurance Company ("Canal"), by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby files this, its notice of dismissal without prejudice, as follows:

1. Canal has confirmed that the underlying lawsuit styled *Mark D. Cottingham, Plaintiff, versus Pioneer Haulers LLC, Robert Pierce and Shelby Redi-Mix, Inc., Defendants, In the Circuit Court of Chilton County, Alabama (CV-2003-375)* (hereinafter "the underlying lawsuit"), which formed the basis of Canal's coverage lawsuit, has now been dismissed.

2. Upon information and belief, Canal is filing this notice of dismissal before the service of an answer and/or motion for summary judgment by any adverse party to this lawsuit.

Respectfully Submitted,


s/ K. Donald Simms
K. Donald Simms (Fed ID: SIMMK9801)
Joseph E. B. Stewart (Fed ID: STEWJ6903)
Attorneys for plaintiff, Canal Insurance Company


**OF COUNSEL**:
AUSTILL, LEWIS & SIMMS, P.C.
P. O. Box 11927
Birmingham, AL 35202-1927
Telephone:   (205) 870-3767
Facsimile:    (205) 870-3768

## CERTIFICATE OF SERVICE

I hereby certify that I have served via U.S. Mail this 24th day of July, 2006, a true and accurate copy of the foregoing to all counsel of record, with proper pre-paid postage, affixed and properly addressed to:

Pioneer Haulers, LLC
1989 County Road 123
Marbury, Alabama 36051

Pioneer Unlimited, Inc.
c/o Doyle Pierce
2287 County Road 16
Clanton, Alabama 35045

Robert E. Pierce
1989 County Road 123
Marbury, Alabama 36051

Shelby Redi-Mix, Inc.
c/o Doyle Pierce
1007 7th Street
Clanton, Alabama 35045

Mark D. Cottingham
14551 County Road 51
Jemison, Alabama 35085

s/ K. Donald Simms
OF COUNSEL
