**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 25, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Canal Insurance Company vs. Pioneer Haulers LLC, et al
     Civil Action No. 2:06cv597-WHA

Pursuant to the Notice of Dismissal without prejudice filed by the plaintiff on July 24, 2006, this case has been closed and removed from the docket of this court.